JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff    Middlesex

*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Suffolk

*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Daniel Casieri, Esq.
19 Court street, Unit 3D
Plymouth, MA 02360

Attorneys *(If Known)*

N/A

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☒ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*      *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product |    Product Liability | |    28 USC 157 |    3729(a)) |
| ☐ 140 Negotiable Instrument |    Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & |    Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
|    & Enforcement of Judgment |    Slander |    Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' |    Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted |    Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
|    Student Loans | ☐ 340 Marine |    Injury Product | |    New Drug Application | ☐ 470 Racketeer Influenced and |
|    (Excludes Veterans) | ☐ 345 Marine Product |    Liability | | ☐ 840 Trademark |    Corrupt Organizations |
| ☐ 153 Recovery of Overpayment |    Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
|    of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) |    (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending |    Act | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract |    Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) |    Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal |    Property Damage |    Relations | ☐ 864 SSID Title XVI | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise |    Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - |    Product Liability | ☐ 751 Family and Medical | |    Exchange |
| |    Medical Malpractice | |    Leave Act | | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee |    Income Security Act |    or Defendant) | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party |    Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ |    Sentence | |    26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability |    Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | |    Act/Review or Appeal of |
| |    Employment | **Other:** | ☐ 462 Naturalization Application | |    Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| |    Other | ☐ 550 Civil Rights |    Actions | |    State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | |    Conditions of | | | |
| | |    Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
Proceeding

☐ 2   Removed from
State Court

☐ 3   Remanded from
Appellate Court

☐ 4   Reinstated or
Reopened

☐ 5   Transferred from
Another District
*(specify)*

☐ 6   Multidistrict
Litigation -
Transfer

☐ 8   Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. §1983: Violation of First Amendment Rights

Brief description of cause:
The Mayor & the Commissioner unlawfully stifled free speech at a free speech rally.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $
$50,000,000 (plus legal fees)

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions:)*

JUDGE _____ DOCKET NUMBER _____

DATE
8/14/20

SIGNATURE OF ATTORNEY OF RECORD

### FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Print      Save As...      Reset

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only) Dr. Shiva Ayyadurai v. Mayor Martin Walsh

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

   [ ]   I.    160, 400, 410, 441, 535, 830*, 835*, 850, 891, 893, R.23, REGARDLESS OF NATURE OF SUIT.

   [✔]   II.   110, 130, 190, 196, 370, 375, 376, 440, 442, 443, 445, 446, 448, 470, 751, 820*, 840*, 895, 896, 899.

   [ ]   III.  120, 140, 150, 151, 152, 153, 195, 210, 220, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 367, 368, 371, 380, 385, 422, 423, 430, 450, 460, 462, 463, 465, 480, 490, 510, 530, 540, 550, 555, 560, 625, 690, 710, 720, 740, 790, 791, 861-865, 870, 871, 890, 950.

   *Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

3. Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES [ ]   NO [✔]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)

   YES [ ]   NO [✔]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES [ ]   NO [✔]

7. Do all of the parties in this action, excluding governmental agencies of the United States and the Commonwealth of Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? -  (See Local Rule 40.1(d)).

   YES [✔]   NO [ ]

   A.   If yes, in which division do all of the non-governmental parties reside?

        Eastern Division [✔]        Central Division [ ]        Western Division [ ]

   B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

        Eastern Division [ ]        Central Division [ ]        Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME Daniel Casieri, Esq. BBO: 697693
ADDRESS 19 Court Street, Unit 3D, Plymouth, MA 02360
TELEPHONE NO. 508.400.0774

(CategoryForm1-2019.wpd )

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**Case No. 20 – 11531**

DR. SHIVA AYYADURAI,
    *Plaintiff,*

v.

MAYOR MARTIN WALSH, in his official capacity as
the Mayor of the City of Boston,

&

BILL EVANS, in his former official capacity as the
Commissioner of the Boston Police Department,
    *Defendants.*

## **COMPLAINT**

### INTRODUCTION

1. On August 19, 2017, the government, by and through the named Defendants, violated
   Dr. Shiva Ayyadurai's Unalienable Right to Peaceably Assemble by physically
   barring him from assembling in the Boston Common—an area that is explicitly
   designated for public assembly.

2. On August 19, 2017, the government violated Dr. Shiva Ayyadurai's Unalienable
   Right to Free Speech at a Free Speech Rally.

3. On August 19, 2017, the government violated Dr. Shiva Ayyadurai's Unalienable
   Right to Petition the Government for a Redress of Grievances at a Free Speech Rally.

4. Moreover, the government defamed Dr. Shiva Ayyadurai—a brown-skinned
   immigrant of Indian descent who holds four degrees from the Massachusetts Institute
   of Technology and was campaigning for U.S. Senate—labelling him specifically, as

well as and other members of the Free Speech Rally, "white supremacists," "Nazis," and "Ku Klux Klan members"—hate groups that Dr. Shiva Ayyadurai has spent his life denouncing.

5. Indeed, on August 19, 2017, Dr. Shiva Ayyadurai and his supporters were carrying signs stating: "Love, Love, Love"; "Be the Light"; "Black Lives *Do* Matter"; "No to GMOs, STOP Monsanto," and "Clean Air, Clean Water, Clean Food," and there is no way that a reasonable person could equate such statements with any hate group.

6. Due to the Mayor's and the Commissioner's violation of the law, these Defendants caused, in part, a counterrally that endangered Dr. Shiva Ayyadurai, endangered the Boston Police force who had to attempt to maintain law and order amid the unnecessary chaos, endangered other legal permitholders, and endangered the folks involved in the counterrally.

7. In the words of the Supreme Court of the United States of America: "It was not by accident or coincidence that the rights to freedom in speech and press were coupled in a single guaranty with the rights of the people peaceably to assemble and to petition for redress of grievances. All these, though not identical, are inseparable." Thomas v. Collins, 323 U.S. 515, 530 (1945).

8. Title 42 U.S.C. §1983 holds that: "Every person who, under color of any statute [or] ordinance…subjects, or causes to be subjected, any citizen of the Unites States…to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law."

9. Now, Dr. Shiva Ayyadurai (the "Plaintiff") seeks compensation for the unlawful deprivation of his Unalienable Rights as guaranteed to all United States residents by

the First Amendment of the United States Constitution, and compensation for having the government defame Dr. Shiva Ayyadurai's good and reputable name.

## PARTIES

10. Dr. Shiva Ayyadurai (the "Plaintiff") is a scientist, engineer, inventor, and entrepreneur. He is currently a candidate for the United States Senate in Massachusetts. His offices are located at: 701 Concord Avenue, Cambridge, Massachusetts 02138.

11. Martin Walsh (the "Mayor") is the Mayor of the City of Boston, with an office at: One City Hall Square, Boston, Massachusetts 02201.

12. Bill Evans (the "Commissioner") is the former Commissioner of the Boston Police Department, with an office at: One Schroeder Plaza, Boston, Massachusetts 02120.

## JURISDICTION & VENUE

13. This case raises claims under the First Amendment of the U.S. Constitution, and 42 U.S.C §1983, as the Defendants acted under the color-of-law when they violated the Plaintiff's Unalienable Rights, and this Court has subject-matter jurisdiction under 28 U.S.C. §1331 & §1343.

14. This Court has supplemental jurisdiction over the claims asserted under the Massachusetts Declaration of Rights, Massachusetts statutes, and regulations, pursuant to 28 U.S.C. §1367.

15. Venue is proper in the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. 1391(b)(1) & (2) because it is a District in which the

Defendants' hold their main offices, exercise their authority in their official capacities, and have violated the Unalienable Rights that are the subject of this lawsuit.

## ALLEGATIONS

16. On August 16, 2017, the Plaintiff properly obtained, a Permit for him and up to 100 other people to attend the Boston Free Speech Coalition Rally (the "Free Speech Rally"). *See Exhibit 1: Permit.*

17. The Mayor's letterhead was written on the Permit.

18. At the time, the Plaintiff was campaigning for the U.S. Senate, seeking a seat representing the Commonwealth of Massachusetts, and saw the Free Speech Rally as an opportunity to promote tolerance and civil rights.

19. Individually and politically, the Plaintiff supported, and still to this day supports, the Boston Police Department and the Unalienable Rights of people of all races and national origins, as delineated in the United States Constitution and the Massachusetts Declaration of Rights. *See Shiva4Senate.com.*

20. The Free Speech Rally was supposed to be an event where people of diverse backgrounds could gather at the Boston Common to peacefully voice political opinions and concerns—the organizer of the event explicitly denouncing anyone seeking to spew ideas of hatred. *See Exhibit 2: "Boston Free Speech" Post.*

21. The Free Speech Rally was scheduled to be held at the Boston Common, on August 19, 2017, from noon to 2pm, with cleanup to follow.

4

22. In addition to the Plaintiff and his campaign, other groups with whom the Plaintiff had no association had applied for permits for the Free Speech Rally.

---

23. At the Common, per Boston Police protocol, there were two sections for folks to congregate during the Free Speech Rally: "Area 1" and "Area 2."

24. Area 1 consisted of an approximate 50' radius of temporary fencing, with the Parkman Bandstand at the center; therein, Permit holders were supposed to be allowed to speak, including within the Parkman Bandstand itself.

25. Per the Permit, Area 2 consisted of an approximate 300' radius of temporary fencing, with the Parkman Bandstand at the center; therein, supporters of Permit holders and the press were supposed to be allowed to congregate.

26. The Boston Police setup these designated areas, so they claimed, in order to protect the speakers at the Free Speech Rally.

---

27. On August 19, 2017, the Plaintiff, and approximately 50 of his supporters, sought to participate at the Free Speech Rally.

28. Meanwhile, a counterrally was amassing.

29. The Plaintiff and his supporters came bearing signs saying: "Love, Love, Love"; "Be the Light"; "Black Lives *Do* Matter"; "No to GMOs, STOP Monsanto"; and "Clean Air, Clean Water, Clean Food."

30. The Plaintiff—a legal permitholder—began speaking in the Parkman Bandstand, but the police forced the Plaintiff, and his supporters, out of Area 1.

31. Upon the government forcing the Plaintiff to make an exit, other folks were permitted to speak in the Parkman Bandstand.

32. According to the Boston Globe: "By 12:45 p.m., only 45 minutes into their official program, organizers of the Boston Free Speech rally ended the event and were escorted by police out of the park, to chants of 'Go home, Nazis' from the crowd." *See Exhibit 3: Boston Globe Article.*

33. According to BuzzFeed: "[N]o one in Boston on Saturday [August 19, 2017] appeared to display Nazi or Ku Klux Klan symbols." *See Exhibit 4: BuzzFeed Article.*

---

34. Before the Free Speech Rally even began, rumors of hate groups attending the Free Speech Rally were perpetuated by the Mayor and the Commissioner—hence the planned counterrally on non-permitholders.

35. A week ahead of the Free Speech Rally, Mayor Martin Walsh issued mischaracterizing statements about it, and its attendants, including the Plaintiff.

36. The Mayor publicly and illegally equated the Plaintiff and his supporters with hate groups.

37. The Mayor publicly said about the Free Speech Rally: "Boston does not welcome you here. Boston does not want you here. Boston rejects your message. We reject racism, we reject white supremacy, we reject anti-Semitism, we reject the KKK, we reject neo-Nazis, we reject domestic terrorism, and reject hatred. We will do every single thing in our power to keep hate out of our city." *See Exhibit 5: CBS Boston Article.*

38. The Commissioner, when asked about the Free Speech Rally, said: "Any group that's gonna come and push for hate and divisiveness—that's not what this city is about. I

know the Mayor is against them coming. Everybody is against them coming....I don't want them to have the march or demonstration at all." *This video clip may be produced upon request.*

---

39. After the Free Speech Rally was over, it being quashed prematurely by the government, the Mayor publicly said: "I want to thank all the people [in the counterrally] that came out to there [sic] that message of love, not hate....To fight back on racism, to fight back on anti-Semitism, to fight back on the supremacists that were coming to our city, on the Nazis that were coming to our city." *See Exhibit 6: The Hill Article.*

40. On or around August 20, 2017, the Mayor commented on the Free Speech Rally, specifically the mentioning Plaintiff, saying: "I'm not sure what was said in there [Area 1]. There were a mix of people that went into the free speech area. There was a candidate for senate against Elizabeth Warren." *See Exhibit 7: ABC Interview Transcript.*

41. After violating Freedom of Assembly, Freedom of Speech, and Freedom to Petition the Government, the Commissioner said: "You know what, if they [the legal permitholders for the Free Speech Rally] didn't get in, that's a good thing, because their message isn't what we want to hear." *See Exhibit 8: Boston Globe Article (2nd).*

---

42. Immediately after the Free Speech Rally, people started writing articles about the Plaintiff—essentially deeming him a white supremacist.

43. To this day, people still confuse the Plaintiff—a brown-skinned immigrant of Indian descent—as a white supremacist.

44. As a result of having his Unalienable Rights stripped from him, and as a result of having his name and reputation defamed, the Plaintiff suffered damages, including, but not limited to: (1) Losing his right to peaceably assemble, to free speech, and to petition the government; (2) Being labelled as a member of various hate groups; and (3) Having his political campaign unlawfully and unfairly tarnished; each of these claims has affected the Plaintiff individually and politically.

45. Now, the Plaintiff is seeking compensation for his loss of liberty in the amount of $50,000,000, on the grounds as below-referenced.

## COUNT I
### Violation of the Freedom to Peaceably Assemble

46. The Plaintiff incorporates by reference the paragraphs set forth above, and alleges the same as if originally set forth herein.

47. The First Amendment states, in relevant part: "Congress shall make no law…abridging…the right of the people peaceably to assemble."

48. The Fourteenth Amendment states, in relevant part: "[N]or shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

49. "[P]eaceable assembly for lawful discussion cannot be made a crime. The holding of meetings for peaceable political action cannot be proscribed." DeJonge v. Oregon, 299 U.S. 353, 365 (1937).

50. Using physical force to prevent peaceful folks from congregating at a Free Speech Rally at the Boston Common is certainly an abridgement of the Right to Peaceably Assemble.

51. The Defendants admittedly barred the Plaintiff from assembling, forced him out of the Boston Common, then labelled him a racist and a white supremacist—he himself in actuality being an immigrant, a minority, and a person of color.

52. Pursuant to 42 U.S.C., §§1983 & 1988, the Plaintiff is entitled to judgment as the Defendants violated his Unalienable Rights, and defamed him.

53. The Plaintiff found it necessary to engage the services of private counsel to vindicate his rights under the law, and the Plaintiff is therefore entitled to an award of his attorney-fees pursuant to 42 U.S.C., §1988.

## COUNT II
### Violation of the Freedom of Speech or Expression

54. The Plaintiff incorporates by reference the paragraphs set forth above, and alleges the same as if originally set forth herein.

55. The First Amendment states, in relevant part: "Congress shall make no law...abridging the freedom of speech."

56. The Fourteenth Amendment states, in relevant part: "[N]or shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

57. "The freedom of speech and of the press guaranteed by the Constitution embraces at the least the liberty to discuss publicly and truthfully all matters of public concern

9

without previous restraint of fear of subsequent punishment." <u>Thornhill v. Alabama</u>, 310 U.S. 88, 101-102 (1940).

58. "Broad prophylactic rules in the area of free expression are suspect. Precision of regelation must be the touchstone in an area so closely touching our most precious freedoms." <u>Riley v. National Federation of Blind</u>, 487 U.S. 781 (1988); citing <u>NAACP v. Button</u>, 371 U.S. 415, 438 (1963).

59. The Defendants effectively silenced the Plaintiff by forcing him out of Area 1.

60. The First Amendment prohibits the states from restricting speech because of its message, its ideas, its subject-matter, or its content, and such content-based restrictions are presumptively unconstitutional, and are justified only if the government proves that they are narrowly tailored to serve only a compelling state interest.

61. Here, as above-cited, there are no "compelling state interests," as defined by the law, as the Defendants were bullying an American resident of Indian descent who is also a person of color.

62. Importantly, even if a member of a hate group with the proper permitting were attending the Free Speech Rally, so long as this person were acting peacefully, the Defendants would have had no right to have silenced him, the remedy for handling such hate groups being discourse—not brute force.

63. Pursuant to 42 U.S.C., §§1983 & 1988, the Plaintiff is entitled to judgment as the Defendants violated his Unalienable Rights, and defamed him.

64. The Plaintiff found it necessary to engage the services of private counsel to vindicate his rights under the law, and the Plaintiff is therefore entitled to an award of his attorney-fees pursuant to 42 U.S.C., §1988.

## COUNT III
### Violation of the Freedom to Petition the Gov't

65. The Plaintiff incorporates by reference the paragraphs set forth above, and alleges the same as if originally set forth herein.

66. The First Amendment states, in relevant part: "Congress shall make no law...abridging...the right of the people...to petition the Government for a redress of grievances."

67. The Fourteenth Amendment states, in relevant part: "[N]or shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

68. "The right to petition is cut from the same cloth as the other guarantees of that Amendment, and is an assurance of a particular freedom of expression." McDonald v. Smith, 472 U.S. 479, 482 (1985).

69. As a Massachusetts resident, and as a man seeking political office, the Plaintiff, including his political supporters, had a Right to Petition the Government for a Redress of Grievances.

70. As the Plaintiff was seeking to petition the government, the Defendants used force to prevent him from exercising this Unalienable Right.

71. Pursuant to 42 U.S.C., §§1983 & 1988, the Plaintiff is entitled to judgment as the Defendants violated his Unalienable Rights, and defamed him.

72. The Plaintiff found it necessary to engage the services of private counsel to vindicate his rights under the law, and the Plaintiff is therefore entitled to an award of his attorney-fees pursuant to 42 U.S.C., §1988.

## COUNT IV
### Defamation (as against the Mayor)

73. The Plaintiff incorporates by reference the paragraphs set forth above, and alleges the same as if originally set forth herein.

74. "[A] defamation plaintiff must plead: (1) the general tenor of the libel or slander claim, along with the precise wording of at least one sentence of the alleged defamatory statement(s); (2) the means and approximate dates of publication; and (3) the falsity of those statements." Dorn v. Astra USA, 975 F.Supp. 388, 396 (D. Mass. 1997).

75. The Defendants, acting within the scope of their governmental agencies, made statements publicly labeling the Plaintiff specifically as a "white supremacist," a "Nazi," and a "KKK" member, among other things.

76. The Defendants acted with actual malice because the Plaintiff, and his supporters, were carrying signs saying: "Love, Love, Love"; "Be the Light"; "Black Lives *Do* Matter"; and "No to GMOs, STOP Monsanto," and there is no way that a reasonable person could equate such statements with any hate groups.

77. The Defendants' defamatory statements injured the reputation of the Plaintiff.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff demands that Judgment be entered as against the Defendants in order to compensate the Plaintiff for damages, and so that justice might be upheld as the Defendants violated the Plaintiff's Unalienable Rights, applicable to such parties, and order that the following damages be awarded:

a. Damages for Loss of Liberty;

b. Compensatory Damages;

c. Punitive Damages;

d. Attorney's fees;

e. Court costs;

f. Any such other relief as this Honorable Court might deem appropriate and equitable.

## JURY TRIAL DEMAND

THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS.

The Plaintiff,
By His Attorney:

Dated: August 14, 2020

Daniel Casieri, BBO No. 697693
The Law Office of Daniel Casieri, Esq.
19 Court Street, Unit 3D
Plymouth, MA 02360
Telephone: 508.400.0774
Email: danielcasierilaw@gmail.com

13

# Exhibit 1:
# Free Speech Rally Permit

**Permit Contract**

**BOSTON PARKS AND RECREATION DEPT.**          [Print]

[Send Email]

**Permit #2730, Approved**
Aug 16, 2017 2:47 PM

1010 Massachusetts Ave.
Boston, MA 02118
Phone: (617) 635-4505
FAX: (617) 635-3227
Email: parks@boston.gov



Martin J. Walsh, Mayor

John Medlar
130 Spruce St.
Watertown, MA 02472
Email: johnnymedlar@me.com

Customer Type: General Public
Prepared By: Paul McCaffrey

Customer ID: 7098
Home: +1 (617) 458-0113

| Charges | Taxes | Discounts | Total Charges | Deposits | Deposit Taxes | Total Payments | Refunds | Balance |
|---|---|---|---|---|---|---|---|---|
| $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

### ▼ RESERVATIONS

| Event | Resource | Center | Notes |
|---|---|---|---|
| Boston Free Speech Coalition Rally<br>Type: Special Event<br>Attend/Qty: 100 | BCOM - Parkman Bandstand | Boston Common<br>139 Tremont Street (VIC)<br>Boston Proper, MA, US 02116<br>(617) 635-4505 | -- |

| Days Requested | | Event Begins | Duration | Event Ends | |
|---|---|---|---|---|---|
| Day | Date | | | Date | Time |
| Saturday | Aug 19, 2017 | 10:00 AM | 5 hours | Aug 19, 2017 | 3:00 PM |

| Summary | Notes |
|---|---|
| Total Number of Dates: 1<br>Total Time: 5 hours | Permit is for a rally. Set up 10am -12 pm, Rally 12-2 pm and clean up 2 - 3 pm. Battery powered sound system with speakers directed towards Flagstaff Hill. Clean up prior to departure. |

### ▼ CUSTOM QUESTIONS

| Question | Answer |
|---|---|
| Do you intend on having food? | No |
| Does your event require an electrical source? | no |
| Will your event have amplified sound? | yes |
| What are the hours? | 12-2 |
| Will your event have a DJ or live entertainment? | no |
| Will you be building a stage, platform or other structure? | no |
| Will you be using tents or canopies? | no |
| Will you be bringing vehicles onto the park? | no |
| Will you be providing portable restrooms? | no |

## ▽ WAIVERS

### Special Event Waiver
Waiver for:John Medlar
Due Date: Aug 17, 2017

The City of Boston is not responsible for any accidents or injuries to persons or property resulting from the issuance of this permit. It is recommended that all organizations maintain liability insurance.

The consumption of, or being under the influence of alcoholic beverages is not permitted on Parks property. Immediate revocation of permit and suspension of permit privileges will result.

The consumption of tobacco and all smoking is prohibited from all parks. This includes snuff, chewing tobacco, cigarettes, pipes, cigars and e cigarettes.

The permit bearer is required to remove or place in the proper receptacles any litter left by participants.

Motor vehicles are not allowed on Parks Department property, except where specifically permitted. Violators will be towed.

The City of Boston reserves the right to suspend and/or reschedule assigned events.

Failure to utilize this permit on the designated date and time will result in revocation of this permit.

Permit holder will be held responsible for repair costs.

The permit holder, his/her participants and spectators must abide by all Boston Parks and Recreation Department Rules and Regulations. Any violations of the aforementioned Rules and Regulations will result in the immediate revocation of permit and suspension of permit privileges. I agree to remove any litter generated during the time permitted. I further agree that I will be held responsible for the repair, in a manner approved by the Parks Commissioner, of any damage to City property, which may occur during the utilization of this permit. Violation of this agreement will result in revocation of this permit. Intentionally providing false information on this permit application will result in cancellation of application and may hinder future consideration for applications.

https://www.boston.gov/departments/parks-and-recreation/parks-rules-and-regulations

THE CITY OF BOSTON IS NOT RESPONSIBLE FOR ANY ACCIDENTS OR DAMAGES TO PERSONS OR PROPERTY RESULTING FROM THE ISSUANCE OF THIS PERMIT.

### OTHER PERMITS
Please note that all components of the event are subject to Boston Parks and Recreation Department approval and may require approval by and/or permits from other City of Boston agencies. Parks Department approval does not constitute permission from other agencies. Events that impact other agencies will be referred to the city-wide Public Events Committee. It is the responsibility of the applicant to secure all necessary City of Boston permits.

### INSURANCE
Evidence of insurance will be required before final permit approval. Please provide a certificate of insurance which shows a minimum of $1 million in commercial general liability insurance and a policy endorsement which indemnifies and holds harmless the City of Boston, Boston Parks and Recreation Department and the Boston Parks and Recreation Commission. Some events may require a higher limit of insurance. Additionally, permittee must list the aforementioned parties as additional insureds on their certificate of insurance. Each event is evaluated on its risk exposure. The City of Boston is not responsible for any accidents or damages to persons or property resulting from the issuance of this permit.

### AFFIDAVIT OF APPLICANT
Everything that I have stated on this application is correct to the best of my knowledge. I have read, understand and agree to abide by the policies and rules and regulations listed on this form as they pertain to the requested usage. By signing this application, the applicant agrees to follow all the rules and regulations. The permit, if granted, is not transferable and is revocable at any time at the absolute discretion of the Parks Department and/or the Parks Commission. All programs and facilities of the Parks and Recreation Department are open at all citizens regardless of race, sex, age, color, religion, national origin or handicap.

I HAVE READ, FULLY UNDERSTAND AND AGREE TO ABIDE BY ALL RULES AND REGULATIONS GOVERNING THE BOSTON PARKS AND RECREATION DEPARTMENT AS WELL AS ANY PROVISIONS SET FORTH ON THIS AGREEMENT OR ATTACHMENT.

Waiver Signed by:John Medlar on Aug 16, 2017

# Exhibit 2:
# "Boston Free Speech" Post

| Sign Up |

Email or Phone          Password
                                                    | Log In |
Forgot account?

**Boston Free Speech**
August 15, 2017 ·

This Free Speech Movement is dedicated to peaceful rallies and are in no way affiliated with the Charlottesville rally on 8/12/17

While we maintain that every individual is entitled to their freedom of speech and defend that basic human right, we will not be offering our platform to racism or bigotry. We denounce the politics of supremacy and violence. We denounce the actions, activities, and tactics of the so-called Antifa movement. We denounce the normalization of political violence.

We are witnessing an unprecedented move towards sweeping censorship that undermines our democratic system. We are witnessing increasingly regular incidents of political violence being used to silence political opponents. We are witnessing our social media and online communities purging both progressive and conservative content from their networks. We oppose all instances of censorship. We believe that the way to defeat and disarm toxic ideas and ideologies is through dialogue and reason, and that attempting to silence any voice by force of mob or force of law only empowers the radical elements of society and divides us.

There is a lot of misinformation in the media slandering our name by likening our organization to those that ran the Charlottesville rally. THIS COULD NOT BE FURTHER FROM THE TRUTH! "I can tell you the march we had in May…That group pulled a permit, they worked very well with us" as stated by Boston Police Commissioner William Evans in a press conference Monday (8/14/17)

We are a coalition of libertarians, progressives, conservatives, and independents and we welcome all individuals and organizations from any political affiliations that are willing to peaceably engage in open dialogue about the threats to, and importance of, free speech and civil liberties. Join us at the Parkman Bandstand where we will be holding our event. We look forward to this tide-changing peaceful event that has the potential to be a shining example of how we, in the city of Boston, can come together for the common goal of preserving freedom of speech for all and respectfully discussing our differences of opinion without engaging in violence.

#BostonFreeSpeech

268                                    838 Comments  167 Shares

Share

**Related Pages**

**Boston Antifa**
Political Organization

**Resist Marxism Boston**
Cause

**Marx Watch**
Political Organization

**Sargon of Akkad**
Blogger

**Resist Marxism**
Cause

**Libertarian Party of Massachusetts**
Political Organization

**Boston Democratic Socialists of …**
Political Organization

**Resist Marxism Providence**
Cause

**News2Share**
Broadcasting & Media Production Cor

**Imam Tawhidi**
Nonprofit Organization

**Antifa Aurora**
Political Organization

**North Shore Antifa**
Cause

**Pages Liked by This Page**

**The M&P Conservative Media Ne…**

**See more of Boston Free Speech on Facebook**

| Log In |    or    | Create New Account |

This Free Speech Movement is dedicated... - Boston Free Speech | Facebook

Share

 **Boston Free Speech**
May 3 at 2:57 PM

Coming up on May 12th, Boston Free
Speech will be convening for a da...
See More

10                                        1 Comment

Share

 **Boston Free Speech**
April 16 at 1:54 PM

Boston Free Speech spread its message
of All Speech is Free Speech t... See More

20

Share

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices   ·
Cookies · More
Facebook © 2019

### See more of Boston Free Speech on Facebook

| Log In | or | Create New Account |

# Exhibit 3:
# Boston Globe Article

8/20/17 Boston Globe B
2017 WLNR 25615884

Boston Globe (MA)
Copyright © 2017 BostonGlobe Ltd. All Rights Reserved.

August 20, 2017

Section: News

Some voices are heard louder than others
Rally speakers, surrounded by police, end their event quickly

Beth Healy; Globe Staff

They said they had come to stand up for free speech, but in the end, their invited speakers addressed only a small group of sympathizers, on a bandstand surrounded by barricades, far from the throngs of counterprotesters, who could not hear them at all.

By 12:45 p.m., only 45 minutes into their official program, organizers of the Boston Free Speech rally ended the event and were escorted by police out of the park, to chants of "Go home, Nazis" from the crowd. A Facebook post for the event listed 14 speakers and was scheduled to last for two hours.

The separation from the crowds and the news media was by design. The rally had a buffer of about "35, 40 yards" according to Boston Police Chief William Evans, in part for safety, but also to dampen their voices. If some speakers were unable to make it to the bandstand, Evans said, "That's a good thing because their message isn't what we want to hear."

John Medlar, one of the rally's organizers, complained on his Facebook page that journalists and supporters were blocked from entering the rally.

"This has only proven my point: There is a massive cultural intolerance against dialogue in this country," he wrote.

Those who study and advocate for the First Amendment were split on the city's actions.

"Free speech doesn't guarantee that anybody listens to you," said Rebecca Tushnet, a First Amendment specialist at Harvard Law School. She said the ideas of the rally came across because of the heightened attention to it.

"People are understandably reacting to symbolism," Tushnet said, after the violence during a rally last weekend in Charlottesville, Va. "A peaceful counterprotest really is very much free speech in action."

The counterprotesters, who vastly outnumbered those who attended the "free speech" rally, reveled in the low turnout and early departure. But Harvey Silverglate, a Cambridge-based criminal defense and civil liberties lawyer, said: "I am burning over this. If we repress and suppress unpopular speech, all we've done is kept ourselves ignorant."

© 2019 Thomson Reuters. No claim to original U.S. Government Works.

Silverglate said it was important to know whether the speakers had dangerous or hateful messages.

"I was deprived of that because of an army of hooligans who made it impossible to hear the speakers," he said.

Authorities had worried that the rally, which was held at the Parkman Bandstand on Boston Common, would attract white supremacists. Two of the event's scheduled speakers had ties to extremist elements, including one who took part in the Charlottesville rally.

It's unclear whether those speakers addressed those on the bandstand, which appeared to hold 50 people, at most. The speakers were also separated from others on the Common by dozens of police officers on bicycle and on foot. If they had any amplification on the bandstand, it was not audible to the crowd or to reporters.

"It would have done greater honor to the First Amendment if the rally organizers' message — no matter how noxious — could in fact be heard. I believe that Bostonians as a whole are strong enough to hear such a message and still soundly reject it, proving that hate has no power here," Boston lawyer Robert Bertsche said.

Shiva Ayyadurai, a Republican who is challenging Elizabeth Warren for her Senate seat and was a speaker at the rally, said that isolating the rally was "despicable."

"They blocked free speech," Ayyadurai said, referring to Boston Mayor Marty Walsh and Governor Charlie Baker.

The counterprotesters often chanted loudly, and sometimes profanely. There were thumping drums and shouts of "shame" and "we can't hear you." However, amid the noise were a number of polite, if passionate, encounters between the two sides.

James Leavitt, a 23-year-old from Weymouth, was sporting a Trump football shirt and explaining to a small group that he was at the rally to support free speech. He was driven by recent protests against conservative speakers at the University of California, Berkeley, he said.

"I think everyone should be able to have an opinion, as long as they're not hurting anyone," Leavitt said. As several counterprotesters challenged Leavitt, Jeremy Herrell, a conservative blogger from Claremont, N.H., applauded the group.

"I wish there was more of this going on," he said of the cordial exchange.

The temperature heated, however, after the rally participants were ushered off the Common to vans parked at the edge of the Common, on Boylston Street. Several hundred counterprotesters blocked the exit for about 45 minutes, shouting, "Make them walk," until police wearing riot gear and carrying sticks finally pushed the counterprotesters out of the way.

The American Civil Liberties Union had sued the city of Charlottesville on behalf of the march organizers there, arguing for their right to hold their event. But members of the Boston ACLU on Saturday marched with counterprotesters here.

"Given those overwhelming numbers, and in light of last week's horrible violence in Charlottesville, it was understandable for the police to try to keep some physical space between different groups who came out today," ACLU Massachusetts executive director Carol Rose said in a statement.

"[But] if the Boston Police Department created buffer zones to intentionally limit journalists' and [others'] access to speakers on the Boston Common, it would raise serious constitutional concerns."

© 2019 Thomson Reuters. No claim to original U.S. Government Works.

Aimee Ortiz, Jan Ransom, Dan Adams, and Cristela Guerra of the Globe staff contributed to this report. Beth Healy can be reached at beth.healy@globe. com. Follow her on Twitter @HealyBeth.


—— Index References ——

News Subject: (Civil Rights Law (1CI34); Government (1GO80); Intellectual Freedoms & Civil Liberties (1IN08); Legal (1LE33); Minority & Ethnic Groups (1MI43); Police (1PO98); Race Relations (1RA49); Social Issues (1SO05))

Region: (Americas (1AM92); Massachusetts (1MA15); North America (1NO39); U.S. New England Region (1NE37); USA (1US73))

Language: EN

Other Indexing: (Rebecca Tushnet; Dan Adams; James Leavitt; Elizabeth Warren; Beth Healy; Carol Rose; John Medlar; Jeremy Herrell; Aimee Ortiz; Robert Bertsche; Marty Walsh; Cristela Guerra; Jan Ransom; Shiva Ayyadurai; Charlie Baker; Harvey Silverglate; William Evans)

Word Count: 905

**End of Document** © 2019 Thomson Reuters. No claim to original U.S. Government Works.

# Exhibit 4:
# BuzzFeed Article



**BuzzFeed News**   REPORTING TO YOU

# 40,000 People Turned Out In Boston To Protest A Right-Wing Event

Only a few dozen supporters of the right-wing "Free Speech Rally" showed up.

**By Tyler Kingkade**


Reporting From
**Boston, Massachusetts**

Last updated on August 19, 2017, at 6:43 p.m. ET
Posted on August 19, 2017, at 4:28 p.m. ET

**A right-wing event in Boston that billed itself a "Free Speech Rally" attracted only a few dozen supporters on Saturday, while an estimated 40,000 counter-protesters turned up to demonstrate against racism.**



*Spencer Platt | Getty Images*

**BuzzFeed News**   **40,000 People Turned Out In Boston To Protest A Right-W**

**Aerial footage showed huge masses of counter-demonstrators marching in the street from Roxbury to Boston Common.**





**BuzzFeed News**
@BuzzFeedNews

Counter-protesters at the Free Speech Rally in Boston have had an enormous turnout.

Follow:@blakersdozen
@andrewkimmel_@tylerkingkade

1,110   11:46 AM - Aug 19, 2017

521 people are talking about this

The counter-demonstrators' crowd at one point stretched two miles, according to the Boston Globe.

**The protest was held one week after a violent white supremacist rally in Charlottesville, Virginia, in which an anti-racist demonstrator was killed.**

Right-W



*Scott Eisen / Getty Images*

Evan George, a 30-year-old Dorchester resident, carried a sign that read "Heather Heyer is Boston Strong." Many people carried signs that read "Boston Strong" or that paid tribute to Heyer, who <u>was killed</u> when a car plowed through liberal demonstrators last Saturday in Charlottesville.

"Because she really fought and died in that same struggle resisting terrorism," George told BuzzFeed News. "Regardless of whether it's a perverted understanding of Islam or, in that case, white supremacy."

"This is a large reaction to Charlottesville," George said.

Concerns were high that white supremacists and neo-Nazi groups would show up at the Boston event on Saturday. Organizers urged people to remain nonviolent, but several expected speakers at the "Free Speech" rally backed out, publicly citing in interviews and on social media that they feared violence or faced harassment and threats

**BuzzFeed News**   40,000 People Turned Out In Boston To Protest A Right-W

Attendees of the "Free Speech" event insisted they were not holding a white supremacist rally, and that it was solely about First Amendment rights. "I don't support Nazis in any way," said an 18-year-old who gave his name as Luke St. Onge, "but I am saying everything or nothing in terms of free speech – either you restrict it and everything is gone, or you allow everything to be said."

Guy Martell, a 62-year-old who identified as a gay man and a supporter of President Donald Trump, said he felt young people were less tolerant of conflicting ideas. "It seems like we were more open in the [19]60s," Martell said.

Unlike Charlottesville, no one in Boston on Saturday appeared to display Nazi or Ku Klux Klan symbols.

Still, counter-demonstrators from the region flocked to Boston to take part in a march and protest against white supremacists and racism. The counter-demonstrations were organized by Black Lives Matter activists and a coalition of progressive and liberal groups.

**They chanted "go home" to the right-wing demonstrators, and many waved signs showing support for LGBT community, opposing fascism, and linking Trump to Nazis.**





**Andrew Kimmel**
@andrewkimmel

...ston To Protest A Right-W

# Exhibit 5:
# CBS Boston Article

5/15/2019

Boston Free Speech Rally Permit Approved, Organizer Says – CBS Boston

 **CBS Boston**  ☰ MENU   NEWS   WEATHER   SPORTS   VIDEO   BOSTON'S   WBZ TV ON AIR   🔍

# Boston Free Speech Rally Permit Approved

August 16, 2017 at 6:15 pm

Filed Under:  Beth Germano, Boston Free Speech Coalition, Boston Free Speech Rally, Carl Stevens, Charlottesville, Free Speech Rally, John Medlar, Marty Walsh

## FOLLOW US

## OUR NEWSLETTER

 Sign up and get our latest headlines delivered right to your inbox!

Email address

Subscribe Now!



BOSTON (CBS) — The city of Boston has approved a permit for a controversial "Free Speech Rally" scheduled to take place on Boston Common Saturday.

After a meeting with Boston Police and city officials Wednesday morning, event organizer and Boston Free Speech Coalition spokesman John Medlar told WBZ-TV the city gave them the green light for the event to take place.

**READ:** Permit For Boston Free Speech Coalition Rally

According to Medlar, the two parties agreed in the meeting that the rally will be barricaded by police.

"The police are going to be there in full force," Medlar told WBZ-TV's Beth Germano. "They're going to have physical barriers around the Parkman Bandstand separating the rallygoers from counter-protesters to make sure that everyone stays safe. They're going to be escorting people in and escorting people out. If things get out of hand, they will evacuate people."

## MOST VIEWED

 'Extremely Scary': Jamaica Plain Residents Fearful Of Aggressive Turkeys

 Mass. General Hospital Surgeon Charged With Drunk Driving In Boston Hit And Run

 Police Seek To Question Boston Bruins Fans After Vicious Assault

 Why The NBA Draft Lottery Is So Important For Celtics

 New Traffic Light System Aims To Make Your Commute Faster Than Ever

 4 Boston Bruins Fans Arrested In Vicious Beating At MBTA Station

 Loose Bull Runs Onto I-495 During Morning Rush Hour

 Boston Traffic So Bad It Has Become A 'Public Safety Hazard'

 New Hampshire Is 2nd 'Best State' According To New List; Massachusetts Is 8th



Boston Free Speech Coalition spokesperson John Medlar. (WBZ-TV)

Medlar said no weapons will be permitted, and anyone can be searched.

"They will not be allowing people to bring weapons of any kind, anything that could be used as a weapon, so blunt instruments like flagpoles," he said. "They will be allowing people to bring flags, just not attached to any pole or stick."

At a prayer service outside City Hall Wednesday afternoon, Boston Mayor Marty Walsh addressed the tension surrounding the rally.

"In our city, we've been dealing with anticipation of what's going to happen on Saturday," Walsh said. "I ask everyone who comes to Boston Common on Saturday, you can have your free speech all day long, but let's not speak about hate. Let's not speak about bigotry, racism."



 **Beth Germano**
@BethWBZ

Mayor Walsh says don't speak about hate at rally.
#wbz

10   12:51 PM - Aug 16, 2017

See Beth Germano's other Tweets

He stood with faith leaders from around the city and asked protesters and rally-goers to refrain from hateful or violent behavior.

"We are a better people than what we're seeing on TV," Walsh said. "And I'm asking people, when you come into Boston, respect this city, because we respect your right to come in and speak. If we're gonna respect your right to come in, we expect you to respect our city, our people, the people that live here. Don't pass hate, don't pass judgement on people, and that's what we're asking for.

Boston Police Commissioner William Evans says he won't judge the group after meeting with Medlar, and is more worried about safety. "They're claiming free speech," Evans said. "It's not my role to determine who they are or what they are. I know I've got a job to do to keep people safe in the city."

Earlier Wednesday, Medlar told WBZ NewsRadio 1030's Carl Stevens that people have the wrong impression about the event– and that he and his group "absolutely" disavow white supremacy.

"Contrary to a lot of the rumors out there, the purpose of the rally is to denounce the kind of political violence that we have seen, a sort of rising tide throughout the country," Medlar said. "And particularly most recently in Charlottesville."

 **Carl Stevens**
@carlwbz

I just spoke with co-organizer of "Free Speech" rally on the Common. He tells me they strongly oppose White Supremacy groups.

12  8:04 AM - Aug 16, 2017

16 people are talking about this

A post on the Boston Free Speech Facebook page Tuesday night disavowed last weekend's white nationalist rally in Charlottesville, Virginia, which led to the death of a woman protesting white supremacy and left 19 others injured.

"This Free Speech Movement is dedicated to peaceful rallies and are in no way affiliated with the Charlottesville rally on 8/12/17," the post read. "While we maintain that every individual is entitled to their freedom of speech and defend that basic human right, we will not be offering our platform to racism or bigotry."

Medlar said most of those involved are local volunteers and activists who want to "de-escalate" what they see as a "rising tide" of political violence across the country.

"We want to get people talking and listening to each other again, to exchange words rather than to exchange fists on the streets," Medlar said.

Medlar said his group opposes groups like the KKK and Neo-Nazis because they use free speech and the First Amendment as a shield while rejecting the same rights for the people they disagree with. He said some of those groups were among those inaccurately

equating the Boston Free Speech Coalition with the events in Charlottesville.

"In all the confusion out there, there do seem to be legitimate white supremacist groups on social media that are attempting to hijack the rally," Medlar said. "It is very troublesome to us."

He said his group "carefully vetted" speakers, and said the list included people with varied backgrounds—including supporters of Bernie Sanders and Jill Stein as well as more right-leaning figures.

Though the Boston Free Speech Coalition is not affiliated with the organizers of the "Unite The Right" rally in Virginia, they did invite at least one of the speakers from that rally in Charlottesville. Listed on a flyer for the event was a speaker going by the name Augustus Invictus who, according to the Orlando Sentinel, had prominent billing in Charlottesville.



Poster for the August 19, "Free Speech Rally." (Photo credit: WBZ-TV)

Medlar described Invictus as a "fringe figure" and a "very out-there person" but said that "regardless of the other stuff, he's ultimately a libertarian."

"There was actually a mistake made," Medlar said. "In all the confusion that happened, one of our other organizers told Augustus that he was being disinvited."

He said that mistake created a "breach in trust" that led to other speakers dropping out.

On Tuesday, speaker Brandon Navom told WBZ-TV he was dropping out because he's been receiving death threats—and thinks the rally should be cancelled.

"The environment has just become so hostile and so toxic that I am completely concerned for the city of Boston," Navom said.

Medlar said the group considered cancelling the rally after Charlottesville, but decided against it.

"If anything, the events in Charlottesville–which did take us very much by surprise, we were shocked and horrified by the things that went down there–if anything, that only makes the kind of thing that we're trying to do all the more necessary," Medlar said.

He added that even if they told people not to go, he's sure they'd show up anyway.

Last weekend's violence in Virginia prompted Boston Mayor Marty Walsh and Massachusetts Governor Charlie Baker to issue tough statements a week ahead of the Boston rally that hate groups would not be welcome in the city.

"Boston does not welcome you here. Boston does not want you here. Boston rejects your message," said Walsh. "We reject racism, we reject white supremacy, we reject anti-Semitism, we reject the KKK, we reject neo-Nazis, we reject domestic terrorism, and reject hatred. We will do every single thing in our power to keep hate out of our city."

Medlar said "my objective is to coordinate with police and with city officials to make sure that logistics are entirely in place and everything is kept orderly, everything is kept safe, and at the end of the day, everyone is able to go home with no trouble."

 **Carl Stevens**
@carlwbz

Organizer of "Free Speech" rally: "We want to...promote 1st ammendment values as an alternative to political violence and terrorism."

1   8:37 AM - Aug 16, 2017

See Carl Stevens's other Tweets

Medlar in part echoed the spirit of President Donald Trump's recent comments, saying that groups on the left as well as the right were responsible for political violence.

"We absolutely denounce violent extremists on both sides of the aisle, like the Antifa movement on the left, and Identity Europa and Vanguard on the right," he said.

**RELATED:** Trump Again Blames Both Sides For Charlottesville Violence

In Roxbury Tuesday night, members of the NAACP and the local faith community planned a peace rally to coincide with the Boston Free Speech Rally Saturday.

"White supremacists who are okay with being public now feel emboldened and protected by the person in the White House," said the Boston NAACP's Segun Idowu.

Meanwhile, a group that calls itself Fight Supremacy says they will be organizing a counter-rally Saturday.

In a post on their Facebook page, Fight Supremacy organizers wrote, "On Saturday, August 19th, White Nationalists are converging on Boston Common to reinforce their white supremacist ideology and attempt to intimidate queer and BIPOC (Black, Indigenous, POC) communities."

That group has not received a permit yet.

 **Carl Stevens**
@carlwbz

A counter-rally's planned for Saturday, called "Fight Supremacy." I'm told they have not received a permit for a gathering on Common.
   7:45 AM - Aug 16, 2017

   See Carl Stevens's other Tweets

Monica Cannon, founder of a group called Violence In Boston that is among the sponsors of the Fight Supremacy event, told WBZ-TV why the counter-protest was being organized.

"Mainly, to stand up and show that Boston is not the city, that you can't come here with those views, but also to highlight the fact that a lot of those people aren't visiting Boston," she said. "They actually live here, and although Boston tries to come across as progressive and liberal, there's a great deal of racism here."

But Medlar disagrees with Fight Supremacy's characterization of his event.

"I'm afraid that they are very much misinformed, and we regret that," said Medlar. "We're campaigning for people like them to rally as well. We have no problem with them exercising their freedom of assembly, we just wish they would do it for the right reasons, rather than mistaking us for something we're not."

No matter whether or not city officials give the Boston Free Speech Coalition a permit, Cannon says her group will show up Saturday.

"Whether they have their rally or they don't have their rally, we're going to be there, because we need to send a message," she said.

**WBZ NewsRadio 1030's Carl Stevens reports**

Comments (15)

### Justin Williams Says Bruins Have Served Canes 'A Poop Sandwich' In Eastern Conference Final

The Carolina Hurricanes swept the New York Islanders in the second round of the Stanley Cup Playoffs with relative ease. But the Boston Bruins have served them a dose of reality ...

### Man Charged With Illegally Flying Helicopter Out Of Backyard For Months

An East Brookfield man is facing federal charges after investigators say he was illegally flying a helicopter out of his yard for months.

### Patriots Reportedly Sign WR Dontrelle Inman

The Patriots made another move to bolster their wide receiver corps on Friday, reportedly signing veteran wide out Dontrelle Inman.

### Judge Calls Off Trial Over Slain Millionaire's Residency

A New Hampshire judge has called off the upcoming probate court trial of a man accused by relatives of killing his millionaire grandfather for inheritance money, saying the ...

### Trial Closing For Teen Charged With Beheading Classmate

Lawyers will make their final pitches to jurors in the case of a teenager charged with killing and beheading a high school classmate.

## ⊚CBS Boston

Follow Us

| NEWS | SPORTS | OTHER | CONNECT | CONTACTS & STATION INFO | CORPORATE |
|---|---|---|---|---|---|
| Local | Bruins | Boston's Best | Social | WBZ-TV | About Us |
| Politics | Celtics | Only CBS | Download Our App | myTV38 | Advertise |
| Business | Patriots | | Weather App | | Ad Choices |
| HealthWatch | Red Sox | | | | |
| Weather | | | | | |
| Entertainment | | | | | |

©2019 CBS Broadcasting Inc. All Rights Reserved.
Powered by WordPress.com VIP

By viewing our video content, you are accepting the terms of our Video Services Policy
Privacy Policy    Terms of Use    Your California Privacy Rights    Mobile User Agreement    Public File for WBZ-TV / WBZ    Public File for WSBK-TV / myTV38    Public Inspection File Help    EEO Report

# Exhibit 6:
# The Hill Article

5/10/2019

Boston Mayor thanks counterprotesters for coming to city | TheHill



## Get the latest from The Hill

Sign up for our daily email

YOUR EMAIL

Sign Up

---

**Did senators forget that Trump Jr. answered the questions already?**
OPINION — 4M 12S AGO

---

**Klobuchar on Barr: 'He has shown a complete disrespect for the law'**
SENATE — 6M 38S AGO

---

**McConnell: Trump shouldn't worry about Trump Jr. subpoena**
FLOOR ACTION — 19M 20S AGO

---

**Schiff says Congress weighing hefty fines for Trump officials who evade subpoenas**
NATIONAL SECURITY — 19M 46S AGO

---

**History will judge sycophantic Republicans harshly**
OPINION — 34M 11S AGO

---

**Trump on 2020 Dems: 'SleepyCreepy Joe over Crazy Bernie'**
ADMINISTRATION — 37M 11S AGO

---

**Russian agent Butina: I don't know if there's 'one grand giant plan' by Russians in US**
NATIONAL SECURITY — 42M 28S AGO

---

**House panel defies Trump, approves $56B foreign ops spending bill**

# Boston Mayor thanks counterprotesters for coming

BY **MAX GREENWOOD** - 08/19/17 06:05 PM EDT

**8,362** SHARES

SHARE        TW



© Getty Images

Boston's mayor is thanking the thousands of counterprotesters who took over the the city's streets Saturday in opposition to a conservative rally.

"I want to thank all the people that came out to there that message of love, not hate," Mayor Marty Walsh (D) said. "To fight back on racism, to fight back on anti-Semitism, to fight back on the supremacists that were coming to our city, on the Nazis that were coming to our city.

"I want to thank everyone that came here and expressed themselves in such a positive, great manner today," he added.

5/10/2019

Boston Mayor thanks counterprotesters for coming to city | TheHill

FINANCE — 47M 1S AGO

**VIEW ALL**

Related News    by    |



**Best Travel Credit Cards of 2019**
Sponsored | NerdWallet



**Book: Obama saw Trump's win as**



**Long Island rep wishes Billy Joel happy...**



**Seth Meyers interview with Meghan McCain...**



in such a positive, great manner today.

39K views                    0:22 / 0:22

 **ABC News Politics**
@ABCPolitics

Boston Mayor @marty_walsh thanks all those who came out to "fight back on the white supremacists that were coming to our city."

2,207   5:32 PM - Aug 19, 2017

1,022 people are talking about this

Thousands of counterdemonstrators turned out Saturday to protest an event billed as a "Free Speech Rally." The demonstrations came a week after violence erupted in Charlottesville, Va., as white nationalist and neo-Nazi groups gathered in the usually quiet college town. One woman died and others were injured when a car allegedly driven by a man linked to white nationalist groups plowed into a crowd of counterprotesters.

The group that organized the rally in Boston, the Free Speech Coalition, had until recently planned to include speakers with ties to white nationalism. But as tensions escalated in the wake of the Charlottesville demonstrations, the group has publicly distanced itself from hate groups.

Still, the noon event drew scores of counterprotesters, who voiced concern that the "Free Speech Rally" would give a platform to racist groups.

President Trump, who came under fire this week for his statements on Charlottesville, praised the counterprotesters in Boston, who he said were "speaking out against bigotry and hate."

TAGS  BOSTON   MARTY WALSH   DONALD TRUMP   CHARLOTTESVILLE

SHARE               TWEET

# FBI's Steele story falls apart: Fa
# intel and media contacts were

# Exhibit 7:
# ABC Interview Transcript

Case 1:20-cv-11531-ADB   Document 1   Filed 08/14/20   Page 46 of 51
5/10/2019
On The Record: Mayor Walsh reflects on keeping Saturday's protests safe

 

☰                                                              Share   f   y

**NOWCAST**                                    Watch on Demand   ▶



☰   HIDE TRANSCRIPT

WEBVTT ED: IT IS TIME TO GO ON THERECORD.BOSTON KEEPS THE PEACE AFTER AFREE SPEECH RALLY AND COUNTERPROTEST.MAYOR MARTY WALSH JOINS US LIVEWITH WHAT THE CITY DID RIGHT ANDWHAT HE HAS LEARNED.>> THE INSIDE WORD FROMWASHINGTON TO BEGIN L.THE NEWSMAKERS OR GROW -- GOINGON THE RECORD.ED: THANK YOU FOR JOINING US.OUR GUESWE'VE HAD A PRETTY ACTIVE 24HOURS.JANET: YESTERDAY WAS A BIG TESTFOR BOSTON AND FOR YOUR POLICEDEPARTMENT.A BIG TEST FOR YOU AS WELL.WHAT DID YOU LEARN FROMCHARLOTTESVILLE YOU APPLIED ANDWHAT DID YOU LEARN FROMYESTERDAY?MAYOR WALSH: ONE THING WASMAKING SURE WE CAP GROUPSSEPARATE.THAT WAS ONE THING INCHARLOTTESVILLE, I THINK THAT'STHE WAY IT WAS THEY HAD THEPROTESTS AND IT CAUSED A LOT OFDAMAGE.WE WERE ABLE TO PUT BARRICADESAROUND THE COMMON AND HAVEPEOPLE MARCH FROM REGGIE LEWISTO THE COMMON.WE HAD POLICE CARS WITH THEM TOMAKE SURE NO CARS GO INTO THECROWD.WE LEARNED A LOT ON HOW TO DOTHAT.WE HAD MEETINGS ALL WEEK.WE HAD IT EARLIER WITH FREESPEECH FOLKS, WITH THE MEDIA ONWHAT THE REGULATIONS WOULD BE.A MEETING WITH THE PROTESTINGAND RALLYING PEOPLE ON WHAT THERULES WOULD BE.WE HAD A LOT OF CONTINGENCYPLANS BUILT INTO THE COMMON.WE HAD A WEEK TO GET THE FREE --FREE SPEECH PEOPLE OUT ONCE ITWAS OVER.WE HAD A CORNERED OFF AREA SOTHEY COULD DO THE DEMONSTRATIONSAND SAY WHAT THEY WANT, BUT ALSOHAVE A PEACEFUL DAY.JANET: THERE WERE SOMECOMPLAINTS THE PRESS WAS NOTALLOWED IN THE AREA, DO YOU KNOWFOR CERTAIN THAT MOST OF THEFOLKS IN THERE WERE ESPOUSINGSORT OF PHILOSOPHY?<mark>MAYOR WALSH: I'M NOT SURE WHATWAS SAID IN THERE.THERE WERE A MIX OF PEOPLE THATWENT INTO THE FREE SPEECH AREA.THERE WAS A CANDIDATE FOR SENATEAGAINST ELIZABETH WARREN ARE IN--.THE PRESS NEW THAT.THEY KNEW THERE WAS GOING TO BEAREAS THEY COULDN'T GO INTOURTHER ON PROTECTION AND APROTECTION FOR THE FREE SPEECHFOLKS THAT THEY WOULD BEPROTECTED BECAUSE PEOPLE WOULDBE THROWING BOTTLES.</mark>WE WERE CONCERNED ABOUT SOMEONEGETTING HURT AND PREPARING FORTHAT.THEY TALKED ABOUT WE COULDN'THEAR, WILL THAT'S NOT MY ISSUE.THAT'S WHERE I TAKE OVER THEPOLICE DEPARTMENT.THAT'STO THE FREE SPEECHPEOPLE HAT CANNOT APPLICATION.THEY DIDN'T BRING IT.THEY HAD THE ABILITY AND PERMIT,SO THAT IS ON THEM.I THINK THAT ARTICLE IS A LITTLEDISAPPOINTING THE GAZETTETHOUGHT YESTERDAY WAS ABOUTMAKING SURE

☰      Share   f   🐦

ADDRESSTHAT.YESTERDAY REALLY WAS INCREDIBLE.I WAS AT REGGIE LEWIS IN THEMORNING AND THE PEOPLE WHO CAMEIN TO BOSTON AND THE PEOPLE WHOWERE FROM BOSTON, I FELT A LOTBETTER THERE THAT MORNING THAN IDID EARLIER IN THE DAY.YOU COULD FEEL THE MESSAGE WASBEAUTIFUL AND THE SIGNS WEREGREAT.THERE WERE PEOPLE THERESUPPORTING BLACK LIVES MATTER,AND -- THERE WERE PEOPLE AGAINSTWHITE SUPREMACY.EVERYONE WAS ON THE SAME PAGE.I LOOK AT THREE GROUPS OFPEOPLE, THERE WERE ABOUT 40,000COMPLETELY IN THE COMMON TO PASSA MESSAGE ALONG OF HOPE ANDUNITY AND LOVE, WHICH HAS BEENINCREDIBLE.THERE WERE ABOUT 200 PEOPLEWITHIN THAT CROWD THAT WERETHERE TO START TROUBLE.THEY WERE THERE TO START TROUBLE, THROWING BOTTLES AT POLICEOFFICERS.JANET: WERE YOU WORRIED WHEN ISTARTED UP IT WAS AFTER THECROWD DISBANDED.MAYOR WALSH: THE CHIEF SAID MOSTOF THE PEOPLE THERE WERE THERETO EXPRESS THEMSELVES AND HADLEFT.I SAID TO THE COMMISSIONER DO ITYOU HAVE TO DO.33 ARRESTS WERE MADE.NINE OF WHICH WERE FROM BOSTON.THESE PEOPLE WHO GOT ARRESTEDWERE FROM BROOKLYN OR CAMBRIDGE,THEY WERE FROM QUINCY,EVERYWHERE AROUND MASSACHUSETTS.THEY WERE THERE LOOKING TO STARTTROUBLE.SOME OF THE PROTESTERS -- SOMEOF THE FOLKS THAT CAME FROM THEREGGIE LEWIS WERE TRYING TO TALKTO THOSE COUNTERPROTESTERS ANDSAY WHY ARE YOU DOING THIS, IT'SABOUT EXPRESSING YOURSELF IN APOSITIVE MANNER.WILLIE GRASS HUGGING A WOMAN,THAT WOMAN WAS TRYING TO CALMDOWN.JANET: THERE WAS A LOT OFEMPHASIS ON THE PART OF THEPOLICE FOR COMMUNITY RELATIONSAND MAKING SURE PEOPLEUNDERSTOOD WHY THE POLICE WEREOUT THERE.MAYOR WALSH: THE DEPARTMENTYESTERDAY, THEY HAVE TO GETKUDOS.THE COMMISSIONER AND THE CHIEFAND THE ENTIRE COMMAND STAFF HADAN INCREDIBLE PLAN.MOST OF THE OFFICERS THERE WERECALLED IN FOR MANDATORYOVERTIME.HE WAS A BEAUTIFUL SUMMER DAY ONA SATURDAY WHERE THEY DIDN'THAVE A CHANCE TO SPEND WITHTHEIR FAMILY AND THEY WERE INBOSTON COMMON MAKING SUREEVERYONE WAS ABLE TO EXPRESSTHEMSELVES IN A POSITIVE MANNER.I WANT TO COMMEND THEM FOR THAT.I WANT TO COMMEND THE PEOPLE WHOCAME TO OUR CITY AND SENT A VERYSTRONG MESSAGE ABOUT WHO WE AREAS A CITY AND STATE.ED: WE HAD A STRONG BUILDUP.WE HAD OUR IN CHARLOTTESVILLE.-- THE HORROR INCHARLOTTESVILLE.EVERYTHING IS PROMINENT IN THENEWS, THIS IS WHAT WAS GOING TOHAPPEN.MAYOR WALSH: IT WAS SCARYBECAUSE OF THAT BUILDUP.CHARLOTTESVILLE STARTED OUT --IT STARTED OUT AS MORE OF AWHITE SUPREMACIST NEO-NAZI RALLYIN A GROUP OF FOLKS GOT TOGETHERWHO WERE OPPOSING THAT AND ICOMMEND THEM.IN BOSTON YESTERDAY, WE HAD ALOT MORE TIME TO PREPARE FOR ITAND I THINK THAT IS SOMETHINGTHAT'S IMPORTANT.IT WAS IN ALL OF A SUDDEN 10,000PEOPLE COMING IN.JANET: ONE PERSON WHO WASWATCHING WAS PRESIDENT TRUMP ANDHE SENT OUT SEVERAL TWEETS.ONE SAID IT LOOKS LIKE MANYANTI-POLICE AGITATORS IN BOSTON.POLICE ARE LOOKING TOUGH ANDSMART.WHAT IS YOUR REACTION TO THAT?MAYOR WALSH: WE WEREN'T MEANINGTO BE TOP AND SMART, WE WERETHERE TO MAKE SURE PEOPLE WEREPROTECTED AND HAVE THEOPPORTUNITY TO EXPRESSTHEMSELVES.THE PRESIDENT IN ANOTHER TWEETTALKED ABOUT UNITY.IT WAS ABOUT PEACE ANDPROSPERITY.THAT WAS A TWEET I THINK THATWAS THE RIGHT TONE.ED: HE SAID GREAT JOB BY LAWENFORCEMENT OFFICERS AND THEBOSTON MAYOR.JANET: YOUR FIRST, WOMAN FROMTHE PRESIDENT.-- YOUR FIRST COMPLEMENT FROMTHE PRESIDENT.MAYOR WALSH: PROBABLY MY LAST.I GOT A CALL FROM GENERAL KELLYYESTERDAY.HE SAID I'M VERY PROUD OF WHAT'SGOING ON.HE IS A NATIVE.IT WAS A NICE CALL.I THINK GENERAL KELLY IS IN THATJOB TO DO THE RIGHT THING, HE ISTRYING TO -- I WAS SURPRISED TO GET THE CALL.JANET: HAVE YOU EVER TALK TOHIM?MAYOR WALSH: HE WAS IN MY OFFICEWHEN HE WAS HOMELAND SECURITYSECRETARY.ED: POP QUIZ.WE HAVE REDUCED IT TO THREEQUESTIONS.WE WILL DO ONE, TAKE A BREAK ANDTHEN DO THE OTHER TWO.AMERICA WILL NEVER BE DESTROYEDFROM THE OUTSIDE.IF WE FALTER AND LOSE OURFREEDOMS, IT WILL BE BECAUSE WEDESTROYED OURSELVES.WHO SAID THAT?GEORGE WASHINGTON, RICHARDNIXON, ABRAHAM LINCOLN.MAYOR WALSH: ABRAHAM LINCOLN.

---

# On The Record: Mayor Walsh reflects on keeping Saturday's protests safe



Updated: 11:24 AM EDT Aug 20, 2017

# Exhibit 8:
# Boston Globe Article (2nd)

8/23/17 Boston Globe A
2017 WLNR 25879050

Boston Globe (MA)
Copyright © 2017 BostonGlobe Ltd. All Rights Reserved.

August 23, 2017

Section: Editorial Opinion

On Boston Common, free speech took a beating

Jeff Jacoby; Globe Columnist

If one line captured the essence of Saturday's Boston Common rally and counterprotest, it was a quote halfway through Mark Arsenault's Page 1 story in the Boston Globe:

"'Excuse me,' one man in the counterprotest innocently asked a Globe reporter. 'Where are the white supremacists?'"

That was the day in a nutshell. Participants in the "Boston Free Speech Rally" had been demonized as a troupe of neo-Nazis prepared to reprise the horror that had erupted in Charlottesville. They turned out to be a couple dozen courteous people linked by little more than a commitment to — surprise! — free speech.

The small group on the Parkman Bandstand threatened no one. One of the rally's organizers, a 23-year-old libertarian named John Medlar, had insisted vigorously that its purpose was not to endorse white supremacy. "The rally I'm helping to organize is about promoting Free Speech as a COUNTER to political violence," he had posted on Facebook. "There are NO WHITE SUPREMACISTS speaking at this rally."

Indeed, nothing about the tiny rally seemed in any way connected with bigotry or hatred. One of the speakers was Shiva Ayyadurai, an immigrant from India who is seeking the Republican nomination in next year's US Senate race. As Ayyadurai spoke, his supporters held signs proclaiming "Black Lives Do Matter."

But he and the others who gathered at the Parkman Bandstand had never stood a chance of competing with the rumor that neo-Nazis were coming to Boston. That toxic claim was irresponsibly fueled by Mayor Marty Walsh, who denounced the planned rally — "Boston does not want you here" — even though organizers were at pains to stress that they had no connection to Charlottesville's racial agenda and intended to focus on the importance of free speech.

What happened on Saturday was both impressive and distressing.

A massive counterprotest, 40,000 strong, showed up to denounce a nonexistent cohort of racists. Boston deployed hundreds of police officers, who did an admirable job of maintaining order. Some of the counterprotesters screamed, cursed, or acted like thugs — at one point the Boston Police Department warned protesters "to refrain from throwing urine, bottles, and other harmful projectiles" — but most behaved appropriately. Though a few dozen punks were arrested, nobody was seriously hurt.

© 2019 Thomson Reuters. No claim to original U.S. Government Works.

But free speech took a beating.

The speakers on the Common bandstand were kept from being heard. They were blocked off with a 225-foot buffer zone, segregated beyond earshot. Police barred anyone from approaching to hear what the rally speakers had to say. Reporters were excluded, too.

Result? The free-speech rally took place in a virtual cone of silence. Participants "spoke essentially to themselves for about 50 minutes," the Globe reported. "If any of them said anything provocative, the massive crowd did not hear it."

Even some of the rally's own would-be attendees were kept from the bandstand. Yet when Police Commissioner Bill Evans was asked at a press conference Saturday afternoon whether it was right to treat them that way, he was unapologetic. "You know what," he said, "if they didn't get in, that's a good thing, because their message isn't what we want to hear."

No, Commissioner Evans. It was not a "good thing" that people with a right to speak were effectively silenced by the operations of the police. The ralliers did nothing wrong. They followed the city's rules. They absorbed the slanders flung at them by the mayor and others. They didn't try to shut their critics down, and they weren't the ones hurling "urine, bottles, and other harmful projectiles."

All they were guilty of was attempting to defend the importance of free speech. For that, they were unjustly smeared as Nazis and their own freedom of speech was mauled.

Boston was kept safe on Saturday. For that, city authorities deserve great credit and thanks. But in the course of preventing a riot, those authorities rode roughshod over the free-speech rights of a small, disfavored minority. That is never a good thing, whatever the police commissioner may think.

This column is adapted from the current issue of Arguable, Jeff Jacoby's weekly e-mail newsletter. Jeff Jacoby can reached at jacoby@globe.com.

---- Index References ----

News Subject: (Civil Rights Law (1CI34); Crime (1CR87); Criminal Law (1CR79); Intellectual Freedoms & Civil Liberties (1IN08); Legal (1LE33); Minority & Ethnic Groups (1MI43); Police (1PO98); Race Relations (1RA49); Social Issues (1SO05))

Region: (Americas (1AM92); North America (1NO39); U.S. New England Region (1NE37); USA (1US73))

Language: EN

Other Indexing: (Marty Walsh; Bill Evans; John Medlar; Shiva Ayyadurai; Mark Arsenault; Jeff Jacoby)

Word Count: 695

---

End of Document

© 2019 Thomson Reuters. No claim to original U.S. Government Works.