UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 20 – 11531

DR. SHIVA AYYADURAI,
   *Plaintiff,*

v.

MAYOR MARTIN WALSH, in his official capacity as the Mayor of the City of Boston,

&

BILL EVANS, in his former official capacity as the Commissioner of the Boston Police Department,
   *Defendants.*

## MOTION TO WITHDRAW AS COUNSEL

    Now comes the Attorney, Daniel Casieri, for the Plaintiff, Dr. Shiva Ayyadurai, who moves this Honorable Court to allow this Motion to Withdraw as Counsel in the above-captioned action. As reasons therefore, the Attorney *must* withdraw pursuant to Rule 1.16(3) of the Rules of Professional Conduct, as the Attorney has been discharged by the Plaintiff in writing.

    The Attorney has informed the Plaintiff in writing of the date of the filing of the Complaint, and of the deadline for making service of process on the Defendants. Because the Attorney has mailed, via certified mail, copies of the summons and complaint upon each of the Defendants, the Attorney will also mail copies of this Motion to Withdraw to the same Defendants, despite the Defendants having not yet contacted the Attorney. Also, the Attorney will deliver a copy of this Motion to the Plaintiff.

    The Plaintiff's current mailing address, as written in the Complaint, is:

*Dr. Shiva Ayyadurai*
*701 Concord Avenue*
*Cambridge, Massachusetts 02138*

All Court documents may be delivered to that street address.

Wherefore, for the foregoing reasons, the Attorney for the Plaintiff requests that this Motion to Withdraw be allowed.

                                                        Respectfully Submitted,

Dated: October 26, 2020                        /s/ Daniel Casieri
                                                   Daniel Casieri, Esq.
                                                   BBO# 697693
                                                   19 Court Street, Unit 3D
                                                   Plymouth, MA 02360
                                                   (508) 400-0774
                                                   danielcasierilaw@gmail.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that this document, filed through the ECF system, will also be mailed to the Defendants and emailed to the Client from whose case the undersigned is seeking to withdraw.

Dated: October 26, 2020                        /s/ Daniel Casieri
                                                   Daniel Casieri, BBO #697693