UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 1:20-CV-11531-ADB

Dr. SHIVA AYYADURAI          )
    Plaintiff,                )
                              )
v,                            )     JURY DEMANDED
                              )
MARTIN WALSH, in his individual )
capacity, WILLIAM EVANS, in his )
individual capacity, and the CITY OF )
BOSTON,                       )
    Defendants.               )

## MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff respectfully seeks this court's leave to file an amended complaint, based on the accompanying memorandum of law.

    Respectfully submitted under the pains and penalties of perjury,

/s/ Dr. Shiva Ayyadurai
_____
**Dr. Shiva Ayyadurai**

February 25 , 2021      Plaintiff, *pro se*
701 Concord Ave,
Cambridge, MA 02138
Phone: 617-631-6874
Email: vashiva@vashiva.com

## CERTIFICATE OF SERVICE

    I certify that this document was sent electronically by email to opposing counsel Nieve Anjomi Esq. at the City of Boston Law Department, who also received a copy of the proposed amended complaint, prior to filing.

    Respectfully submitted under the pains and penalties of perjury,

/s/ Dr. Shiva Ayyadurai
_____
**Dr. Shiva Ayyadurai**

March 1, 2021      Plaintiff, *pro se*
701 Concord Ave,
Cambridge, MA 02138

CERTIFICATE OF CONFERRAL PER LR 7.1

Plaintiff certifies that he conferred with counsel for the defendants, who did not consent to the filing of the amended complaint.

    Respectfully submitted under the pains and penalties of perjury,

                                               /s/ Dr. Shiva Ayyadurai

                                               _____

March 1, 2021                       **Dr. Shiva Ayyadurai**
                                               Plaintiff, *pro se*
                                               701 Concord Ave,
                                               Cambridge, MA 02138