UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 1:20-CV-11531-ADB

Dr. SHIVA AYYADURAI           )
    Plaintiff,                )
                              )
    v,                        )    JURY DEMANDED
                              )
MARTIN WALSH, in his individual )
capacity, WILLIAM EVANS, in his )
individual capacity, and the CITY OF )
BOSTON,                       )
    Defendants.               )

### [PROPOSED] AMENDED VERIFIED COMPLAINT

### CONCISE STATEMENT OF CLAIM

The Defendants chose to violate, under the color of law, the Plaintiff's rights under the First

Amendment to the US Constitution and slandered him repeatedly in order to help white Irish-

American Walsh win an election against an African-American opponent, Tito, in a majority-

minority city. There have been no responsive pleadings and no order from the court on the

November 2020 motion to dismiss. Plaintiff pleads this amended complaint with particularity

and to an enhanced pleading standard.

### PARTIES

Plaintiff Dr. Shiva Ayyadurai (Dr. Shiva) earned four (4) degrees from the Massachusetts

Institute of Technology: a bachelor's in Electrical Engineering and Computer Science, masters

degrees in both Mechanical Engineering and Visual Studies, as well as a doctoral degree in

Biological Engineering. Dr. Shiva is a Fulbright Scholar, a Westinghouse Honors Award

recipient, a member of multiple research and engineering academic honor societies including Eta

Kappa Nu, Sigma Xi, and Tau Beta Pi, a Lemelson-MIT Awards Finalist, and was nominated for

the National Medal of Technology and Innovation bestowed by the President of the United

States. Back in 1994 he also won a White House competition during the Clinton Administration

and created the first automated email response system, EchoMail.

As an educator, Dr. Shiva has developed new curricula and taught at both undergraduate

and graduate levels at MIT and has presented invited lectures at leading academic institutions

across the world. In addition Dr. Shiva is responsible for seven (7) start-up technology

companies and presently runs his own biotechnology company, CytoSolve. Justia's list of Dr.

Shiva's patents is at https://patents.justia.com/inventor/v-a-shiva-ayyadurai Dr. Shiva lives in

Belmont and runs his companies at 701 Concord Avenue, Cambridge, Massachusetts 02138. At

the time of the slander, Dr. Shiva was a candidate in the 2018 U.S. Senate race.

**Defendant Martin Walsh** resides at 2 Butler Street, Dorchester MA. At all times relevant to this

suit he was the Mayor of Boston. Walsh is sued in his individual capacity. At the time this suit

was filed, Walsh was merely a city official, not a state official, not a federal cabinet member and

not a President of the United States.

**Defendant William Evans** resides at 942 E. Broadway # 589E7, South Boston, MA 02127. At

all times relevant to this complaint he was the Commissioner of the Boston Police Department.

Evans ii sued in his individual capacity.

VENUE

Venue is proper in this district as all parties reside within.

JURISDICTION

This court has jurisdiction as the claim arises under the US Constitution and 42 U.S.C § 1983.

This court has jurisdiction thus under 28 U.S.C. § 1331 & § 1343 as well as 28 U.S.C. § 1367.

BACKGROUND FACTS

This Plaintiff has been actively committed his entire life to combating systemic racism and even put his own PhD on the line at the Massachusetts Institute of Technology to bring attention to systemic racism, classism, attack on worker's rights, imperialist wars, and discrimination against women at that institution.



*1985 – Dr. Shiva Ayyadurai fighting for women's rights and against sexism at MIT.*



*1986 - Protesting MIT's Investment in Apartheid South Africa. At the time, Dr. Shiva Ayyadurai led a protest march from BU to MIT, where he burned the Apartheid South Africa flag to express opposition to MIT's investments.*



*1986 - Dr. Shiva Ayyadurai uniting fight for worker's rights at MIT with the struggle for worker's rights in Apartheid South Africa. Dr. Shiva Ayyadurai organized MIT Food Service Workers – Local 26 – to support the protests for MIT's divestment from racist South Africa.*



*1986 – Dr. Shiva Ayyadurai protesting genocide and demanding the release of his MIT colleague who was unlawfully detained in a Sri Lankan prison, on the occasion of MIT inviting Sri Lankan Prime Minister Jayawardane to MIT. Dr. Shiva Ayyadurai's efforts resulted in the release of the detained physicist.*



*2007 – Dr. Shiva Ayyadurai protesting U.S. occupation of Iraq at his MIT Ph.D. graduation at MIT Great Court. Half of the crowd booed him and the other half gave him a standing ovation.*



*2013 – Dr. Shiva Ayyadurai on invited panel at the Chopra Foundation's Sages & Scientists Conference of speaking out for the need for more women in science.*

In August 2017, Plaintiff was running a large campaign operation, Shiva 4 Senate, in order to effectively compete in the 2018 U.S. Senate race against Elizabeth Warren. The campaign held numerous outdoor rallies in order to get the campaign's message out. In early summer of 2017 one of the ideas discussed within the campaign was a Free Speech Rally at the Parkman Bandstand. Plaintiff thought this idea had merit and green-lighted it to happen in August 2017. Plaintiff then delegated the task of obtaining the relevant permits from the City of Boston to John Medlar, the campaign's Outreach Coordinator, who obtained the permits. EXHIBIT 1.

At all times, from start to finish, the 2017 Free Speech Rally was a Shiva 4 Senate campaign rally that was under the campaign's explicit control. Plaintiff and campaign volunteers controlled who the scheduled speakers would be and were responsible for the arrangements as well as the clean-up after the rally. The City of Boston was officially aware of this fact. Plaintiff naturally was the declared Keynote Speaker at his own campaign's Free Speech Rally.

Individually and politically, the Plaintiff supported, and still to this day supports, the Boston Police Department and the Unalienable Rights of people of all races and national origins, as delineated in the United States Constitution and the Massachusetts Declaration of Rights. See Shiva4Senate.com. The Free Speech Rally was conceived as an event where people of diverse backgrounds could gather at Boston Common to peacefully voice political opinions and concerns while explicitly denouncing anyone seeking to spew ideas of hatred. EXHIBIT 2.

On August 19, 2017, the Plaintiff, and approximately 50 of his supporters, participated at his Free Speech Rally. The Plaintiff and his supporters came bearing signs saying: "Love, Love, Love"; "Be the Light"; "Black Lives Do Matter"; "No to GMOs, STOP Monsanto"; and "Clean Air, Clean Water, Clean Food."

There were two sections for folks to congregate during Shiva 4 Senate campaign Rally: "Area 1" and "Area 2." Area 1 consisted of an approximate 50' radius of temporary fencing, with the Parkman Bandstand at the center; therein, Permit holders were supposed to be allowed to speak, including within the Parkman Bandstand itself. Area 2 consisted of an approximate 300' radius of temporary fencing, with the Parkman Bandstand at the center; therein, supporters of Permit holders and the press were supposed to be allowed to congregate and listen. Boston Police deployed to provide security for Plaintiff and his Shiva 4 Senate campaign at the Parkman Bandstand, as the official permit-holder. Rank and file Boston Police officers needed to set aside these designated areas in order to protect the speakers at the Shiva 4 Senate Rally, because, thanks to the Defendants, 40,000 of their believers had been whipped into a fearful frenzy.

As a result of Defendant Walsh's cynical and malicious manipulation of the media and the beliefs of thousands of ordinary people in order to gain an advantage over African-American Mayoral candidate Tito Jackson in the 2017 Mayoral race, civil unrest resulted in and around Boston Common which placed countless rank and file Boston Police Officers at risk of physical harm. At that point, rank and file Officers formed a protective cordon around Plaintiff and escorted him and his campaign staff to safety away from the violence manufactured by Walsh as part of his own campaign effort. Thus, the official organs of the City of Boston were officially aware that the Plaintiff and his campaign were the official organizers of the 2017 Free Speech Rally and were legally permitted to be present at the Parkman Bandstand, unlike everyone else that the Defendants cited in their motion to dismiss as being in privity with the Plaintiff.

The Shiva4Senate campaign Rally lasted all of 45 minutes.

"By 12:45 p.m., only 45 minutes into their official program, organizers of the Boston Free Speech rally ended the event and were escorted by police out of the park, to chants of 'Go home, Nazis' from the crowd." See Exhibit 3: Boston Globe Article.

"[N]o one in Boston on Saturday [August 19, 2017] appeared to display Nazi or Ku Klux Klan symbols." See Exhibit 4: BuzzFeed Article.

## DEFENDANT WALSH MALICIOUSLY FABRICATED A PUBLIC SAFETY CRISIS AND CAUSED BOSTON POLICE OFFICERS HARM JUST TO DEFEAT TITO JACKSON

This is the Plaintiff, the sole organizer of the 2017 Free Speech rally:



This is Tito Jackson, Walsh's opponent in the 2017 Mayoral race:



This is Defendant Walsh:



This is State House News Service (December 10, 2020) on Defendant Walsh:

**Kennedy says farewell, but is he really going away?**

NBC Boston's Alan Fram reports on U.S. Rep. Joseph Kennedy's farewell speech at the U.S. Capitol in Washington yesterday and ... enough with the farewell stuff. What politically lies ahead for Kennedy here in Massachusetts? WBZ's Jon Keller thinks he has a bright political future. The Herald's Lisa Kashinsky reports his future is cloudy. The Globe's Joan Vennochi thinks the Kennedy era has probably come and gone in Massachusetts.

And Joan provides this brutal quote from Michael McCormack, the former Boston city councilor: "It was a great run for the Kennedys, Murphys, and McCormacks. But does anyone really not believe that Marty Walsh is the last white, Irish male mayor of Boston?"

Defendant Walsh publicly said the following about what he absolutely, officially, knew was the totally-benign Shiva4Senate Free Speech Rally: "Boston does not welcome you here. Boston does not want you here. Boston rejects your message. We reject racism, we reject white supremacy, we reject anti-Semitism, we reject the KKK, we reject neo-Nazis, we reject domestic terrorism, and reject hatred. We will do every single thing in our power to keep hate out of our city." EXHIBIT 5.  Defendant Evans aided and abetted Walsh in propagating his false narrative: "Any group that's gonna come and push for hate and divisiveness - that's not what this city is -

know the Mayor is against them coming. Everybody is against them coming. l don't want them to have the march or demonstration at all."

Walsh's and Evans' consciously false narrative about ***outsider Nazis coming in*** to Boston was repeated and amplified by local 'establishment journalists' such as Adam Gaffin and his UniversalHub.com, the premier local news website in Boston, who loyally presents the views of the authorities as *the* reality, and did not disappoint this time either. Gaffin's stark headline on August, 12, 2017, "Nazis Plan Rally In Boston Common" surely pleased Walsh, as it greatly aided his campaign against Tito, just as the Falklands War greatly aided Margaret Thatcher in winning reelection.

> "The prime minister's decision to go to war in 1982, with her government on the brink of collapse, changed everything" *The Guardian*,
> https://www.theguardian.com/politics/2013/apr/09/margaret-thatcher-falklands-gamble

Just like Maggie, Marty found his moment. No African-American undercapitalized opponent could ever compete with "Walsh the National Statesman" single-handedly defending Boston from assault by outsider White Supremacists, neo-Nazis and the KKK. The race for Mayor was decided that day. Tito was toast.

Naturally, Tito also was not helped by then-City Councillor Ayanna Pressley refusing to apply to Tito the same identity-politics argument she applied to herself in her own run against an older White male, Michael Capuano, who for years was the sole anti-foreign-wars Democrat in the Massachusetts delegation. https://theintercept.com/2018/08/18/mike-capuano-ayanna-pressley-massachusetts-primary/

But for his campaign against Tito, Defendant Walsh would have had no reason to grandstand about White Supremacists and claim he would defend his city from an assault by outsider haters and nationalists. Mayors of cities closer to Charlottesville did not engage in an

equal level of rhetoric and Walsh has been unable to explain, despite a lot of ink at public expense, why White Supremacists would ignore a dozen large cities between Virginia and the Canadian Border and aim at Boston. Can it be true that southern White Supremacists consider Boston the hub of the universe? Why Boston? Why a city that voted overwhelmingly for Obama and Clinton? Why the capital of a state with an all-Democrat Congressional delegation? Why a city filled with people who openly identify as Democratic Socialists and progressive liberals? Why a state with an Attorney General who ran for office as a progressive activist in charge of the People's Law Firm? Why Boston?

Because Tito was running for Mayor against Marty Walsh.

The evidence is overwhelming that Defendant Walsh fabricated a nonexistent crisis, pointed to a nonexistent enemy, publicly identified the Plaintiff's campaign rally falsely as a White Supremacist rally at the heart of Boston, drove the people of Boston and Massachusetts into a panic that they were under siege and about to lose all that they cherished, portrayed himself as their brave savior, turned the voters of Boston into believers who voted emotionally rather than on a rational analysis of the candidates and their platforms, and crushed his African-American election opponent two-to-one at the election in majority-minority Boston. It was *divide et impera* political demagoguery in its purest form. Robert Penn Warren couldn't have penned it better.

After the Plaintiff's campaign Rally was silenced by Walsh and Evans, Walsh thanked the brainwashed who had been emotionally driven to present themselves physically at Boston Common, and he reinforced his false narrative of Liberal Boston being attacked by *outsiders*: "I want to thank all the people that came out to there, that message of love, not hate, to fight back

on racism, to fight back on anti-Semitism, to fight back on the supremacists that were coming to our city, on the Nazis that were coming to our city." EXHIBIT 6.

Walsh and Evans fully knew, and had always officially known, that there were no outsiders and that the rally was a Shiva4Senate campaign rally against progressive Democrat Elizabeth Warren. On August 20, 2017, Walsh admitted he knew about the Plaintiff: "I'm not sure what was said in there. There were a mix of people that went into the free speech area. There was a candidate for senate against Elizabeth Warren." EXHIBIT 7.

After silencing the Plaintiff in order to help Walsh win against Tito, Evans said: "You know what, if they [the Shiva4Senate campaign] didn't get in, that's a good thing, because their message isn't what we want to hear." EXHIBIT 8

This damning admission makes explicit Evans' contempt for the foundational principles of the United States. This may not be denied. Evans demonstrated his defiance of the Supreme Court's repeated rulings that the only *American* response to bad speech is more speech. *Snyder v. Phelps*, 562 U.S. 443 (2011) Respect and love for the foundational principles of the United States is not part of Evans' makeup. That is not who he is.

If only journalists in Boston, such as UniversalHub.com and the Globe, were critical of those in power rather than their loyal unquestioning mouthpieces, the ordinary voters of Boston would have been better informed by those who claim to possess degrees in political science or journalism. The Boston Globe, in particular, did not inform its readers of the analysis above and did not ensure it had a reporter with the Shiva 4 Senate campaign inside the Bandstand, which is where one should have been. Instead, the Globe was far away, beyond two barricades, in public solidarity with the believers driven to act by Walsh, and loyally amplified Walsh's false message by reporting that the crowd chanted "Go Home Nazis."

BuzzFeed News *alone* reported the actual facts from the rally.

But for Walsh lying to the people of Massachusetts and America about Plaintiff and his campaign rally, 40,000 people would not have shown up in Boston that day, there would have been no violence, there would have been no property damage, there would have been no disruption to local businesses plying their trade, and there certainly would have been no harm done to rank and file officers from Boston Police who came under physical assault from left-wing activists. Every red cent spent by the City and Boston Police that day must be reimbursed by Defendant Walsh's campaign fund and by Evans personally.

<u>THE MASSIVE DISCONNECT BETWEEN WALSH'S FABRICATION AND REALITY NECESSITATED CONCEALMENT OF THE TRUTH FROM THE VOTERS</u>

Just as the Chinese Communist Party has concealed from Chinese citizens within China the truth of the giant famine and millions of unnecessary deaths and misery to untold millions more due to progressive "reforms" that ensured crop failure, famine and cannibalism, Defendant Walsh endeavored to conceal fundamental facts about the 2017 Shiva 4 Senate Free Speech Rally from the voters of Boston, in order to win an election, as an older White male, against a popular, young, well-known, African-American opponent, in a city where minorities are in the majority.

This fact perforce required the total silencing of the Plaintiff and his rally in order to prevent his message from reaching voters' ears and confusing them. It also required keeping television reporters and their TV cameras from displaying the numerous brown faces at the Bandstand on the evening news, and further confusing the voters: '*Hey......these don't look like White Supremacists.....They look more like... Tito!*'



Solely due to Walsh's cynical manipulation of voters' emotions through consciously false statements that promoted fear and distress among ordinary listeners and a sense of being under siege from outsider White Supremacists, 40,000 agitated people was driven to physically present themselves at Boston Common to oppose what in reality was a Shiva 4 Senate campaign rally, a reality which was kept from them by Walsh physically ensuring, via loyal sidekick Evans, that they never saw with their own eyes or heard with their own ears who was standing under the Bandstand and what they had to say, and could not learn later from the local TV or print news either. Walsh consciously and actively ensured a total information vacuum in order to keep the people uninformed, agitated, and unaware that they had been emotionally manipulated just so Walsh could defeat Tito. All those people were simply a means to an end, nothing more.

Dick Lehr and Gerard O'Neill wrote in their book, Black Mass, that at only certain points does a city learn about itself and the actions by important officials who up until then concealed important facts that the citizens could use to form their own narrative of their city, the place they live in. This complaint performs that same function.

## CONCEALING REALITY FROM THE VOTERS OF BOSTON REQUIRED WALSH TO VIOLATE PLAINTIFF'S FIRST AMENDMENT RIGHTS UNDER COLOR OF LAW

The information vacuum engineered by Walsh violated Plaintiff's First Amendment right under the color of law. But for Walsh occupying the post of Mayor of the City of Boston, he would not have been able to engineer the silencing of the Plaintiff, and Walsh's slanderous description of

the Plaintiff and his rally would not have been accorded respect and deference. A *Monell* and §
1983 claim is thus appropriate.

The conscious cynical manipulation of the emotions and beliefs of thousands of voters
required Defendant Walsh to violate Plaintiff's constitutional rights. Once Walsh decided to give
full rein to his essential nature in order to remain the Mayor of Boston, this violation was
inevitable.

Walsh and the Plaintiff had aims that were diametrically opposed. Walsh was committed
to ensuring an information vacuum about the reality of who was the sole organizer of the Free
Speech rally and that it was not an assault on Boston by outsider White Supremacists and
nationalists. Plaintiff was committed to getting across his message of independence from the
two-party system, GMO-free food security, Black Lives DO Matter and Love, Love, Love.

Walsh had total control over the City of Boston and disproportionate power in this
contest. Plaintiff was totally silenced under the color of office and the people of Massachusetts
deliberately kept on the boil until Tito was cooked.

By no stretch can any of Walsh's speech be classed as "government speech." This was
Walsh, a candidate, willfully abusing his official position and gravitas as Mayor to lie to the
voters of Boston about a person of color, the Plaintiff here, in order to win an advantage against
another person of color, his African-American election opponent, Tito Jackson. The City
government and Boston Police were merely tools that Walsh abused.

<u>WALSH'S AND EVANS' STATEMENTS WERE DIRECTLY AIMED AT PLAINTIFF
AND PLAINTIFF'S LAWFULLY-PERMITTED CAMPAIGN RALLY</u>

Defendant Walsh has, in his motion to dismiss the original complaint, spilt a lot of ink to mislead
the court into thinking all of his statements were general statements about national events and not

aimed directly at the Plaintiff. The contemporaneous response from all sectors of the public,

whether laypersons, social activists or journalists, proves this claim false. Plaintiff, in addition to

being classed as a Nazi by the local media, was publicly condemned by members of the Indian-

American community in Massachusetts, who too instantly understood Defendant Walsh's

statements as aimed directly at the Plaintiff.  See -



https://southasiasolidarityinitiative.wordpress.com/2017/11/14/shiva-ayyadurai-betrays-his-
community-by-standing-with-nazis-and-white-nationalists/

Immediately prior to the Shiva 4 Senate campaign rally titled "Free Speech Rally" that

Walsh's office issued a permit for knowing that the arrangements were being made by the City

and Police with the official campaign for a federal candidate of color, Walsh publicly declared

"Boston does not welcome you here. Boston does not want you here. Boston rejects your

message. We reject racism, we reject white supremacy, we reject anti-Semitism, we reject the

KKK, we reject neo-Nazis, we reject domestic terrorism, and reject hatred. We will do every

single thing in our power to keep hate out of our city."

Walsh, Evans, and everyone inside City Hall and the Boston Police knew internally that

the rally had nothing to with "racism, white supremacy, anti-Semitism, KKK, neo-Nazis,

domestic terrorism, hatred," because they were dealing with the actual organizers to make the

arrangements, signing the required waiver of liability forms etc. They knew the people involved.

But in his pronouncements to the public, Walsh willfully postured as if the rally was an assault on Boston by ***outsiders who were coming in to his city***. Not once did Walsh make a single public statement that he personally knew that Dr. Shiva, an Indian-American scientist now running for U.S. Senate, was not a supporter of "racism, white supremacy, anti-Semitism, KKK, neo-Nazis, domestic terrorism, hatred" and was not an outsider given that Dr. Shiva has been a citizen of Massachusetts from 1981 and has built his life here. This was malice aforethought.

Evans, as the Police Commissioner aided and abetted Walsh the Candidate against the interests of his own rank and file Officers by echoing Walsh's consciously false and malicious statement that the organizers of the rally were ***outsiders coming in to assault Boston***: "Any group that's gonna come and push for hate and divisiveness - that's not what this city is about. I know the Mayor is against them coming. Everybody is against them coming...I don't want them to have the march or demonstration at all." Naturally this is totally at odds with the internal reality in his own Police Department where the Shiva 4 Senate staff were holding meetings with Evans' staff to ensure the rally conformed to rules and all the i-s dotted and t-s crossed.

Evans, as the City's top law enforcement officer, had the affirmative duty to block Walsh from fabricating a false attack by outsiders and driving 40,000 people onto Boston's streets thereby placing his rank and file officers at risk of personal physical harm. Evans consciously chose to abdicate his solemn duty to both his officers and the City.

The City of Boston had the affirmative duty to ensure City resources are not abused by a candidate for the office of Mayor and is required to employ checks and balances to prevent an abuse of power as seen here. What Walsh the candidate did was far worse than making City employees mail out campaign posters or forcing employees to contribute to his campaign fund. The City chose to give full rein to Walsh the candidate and actively helped him defeat Tito.

Immediately after Walsh turned the Shiva 4 Senate rally into a silenced bust that was terminated early by Boston Police officers risking their life and limb to personally escort the campaign personnel to safety away from the 40,000-strong baying emotional crowd roused by Walsh in order to crush Tito at the polls, Walsh publicly addressed that crowd: "I want to thank all the people that came out there, that message of love, not hate…to fight back on racism, to fight back on anti-Semitism, to fight back on the supremacists that were coming to our city, on the Nazis that were coming to our city." The brainwashed crowd certainly deserved at least that from the man who had manipulated their feelings and actions that day and drew them there in the first place.

Walsh followed up by admitting that he did not want the public to know what was said by the Shiva 4 Senate campaign at the Bandstand: "I am not sure what was said in there. There were a mix of people that went into the free speech area. There was a candidate for senate against Elizabeth Warren." This itself was consciously misleading given that Walsh, and Evans, fully knew that everyone at the Bandstand was closely connected to the Shiva 4 Senate campaign. And Walsh fully knew a "free speech area" violated the U.S. Supreme Court's *unanimous* ruling in *McCullen v. Coakley*, 573 U.S. __ (2014) which condemned the penchant in Boston to express official contempt for the First Amendment. The entire country is a free speech area!

But in saying what he did, Walsh now cannot claim that his words were not aimed specifically at the Shiva 4 Senate campaign rally at the Parkman Bandstand, or that he did not intend to drive 40,000 emotional fearful believers to show up at Boston Common that day. The perfidy speaks for itself. *Res ipsa loquitur.*

The evidence is overwhelming that Walsh aimed his words directly and specifically at the Plaintiff and his campaign rally at the Parkman Bandstand that day and they were fully

understood by third persons as such. "To be published, the defamatory statement need only be heard by a third party; extrinsic facts must be alleged showing that a third person other than the person libeled understood it to refer to him or her. Brauer v. Globe Newspaper Co., 351 Mass. 53, 56, 217 N.E.2d 736, 739 (1966)" *Dorn v. Astra USA*, 975 F.Supp. 388, 396 (D. Mass. 1997)

This caused Plaintiff overwhelming distress. Plaintiff was unable to effectively compete with Defendant Walsh, who abused his position to project an official color to his false messaging on behalf of his campaign against Tito, *Goldwater v. Ginzburg*, 414 F.2d 324 (2nd Cir. 1969), and actively aided and abetted by both Evans and the City of Boston.

DEFENDANT WALSH ACTED WITH MALICE TOWARDS THE PLAINTIFF

In order to defeat Tito, Defendant Walsh turned Plaintiff into his sacrificial bogeyman, maliciously defamed Plaintiff knowing the claims were totally fabricated, caused him severe reputational and personal damage within the Indian-American, scientific and business communities, as well as damage to Plaintiff's run for federal office, then and in the future. No emotional person who actually believed Defendant Walsh then - *that the Plaintiff aided outsider White Supremacists, neo-Nazis and the KKK to come in and assault Boston* - is ever going to vote for the Plaintiff going forward. Plaintiff has been prejudiced severely for life.

"A statement is defamatory if it "may reasonably be read as discrediting [the plaintiff] in the minds of any considerable and respectable class of the community." Disend v. Meadowbrook Sch., 33 Mass. App. Ct. 674 (1992) (citing Sharratt v. Housing Innovations, Inc., 365 Mass. 141 (1974))" *Noonan v. Staples, Inc.*, 556 F.3d 20 (1st Cir. 2009) Also see *Van Liew v. Eliopoulos*, 92 Mass. App. Ct. 114 (published full opinion, 2017) (FAR-25605 denied by SJC)

Here in the 1st Circuit, "actual malice" is "ill will" or "malevolent intent." *Noonan v. Staples*, 556 F.3d 20 (1st Cir. 2009) citing *Conner v. Standard Publ'g Co.*, 183 Mass. 474 (1903)

Here in Massachusetts, the Plaintiff must show that:

(a) The defendant made a statement, concerning the plaintiff, to a third party,
(b) The statement could damage the plaintiff's reputation in the community,
(c) The defendant was at fault in making the statement; and
(d) The statement either caused the plaintiff economic loss (traditionally referred to as "special damages" or "special harm"), or is actionable without proof of economic loss. Four types of statements are actionable without proof of economic loss: statements that constitute libel; statements that charge the plaintiff with a crime; statements that allege that the plaintiff has certain diseases; and statements that may prejudice the plaintiff's profession or business. *Ravnikar v. Bogojavlensky*, 438 Mass. 627 (2003)

In *Ravnikar*, the defendant told patients that the plaintiff physician had cancer. He lost.

In order to crush Tito, Walsh sold the entire country the false narrative that Plaintiff supports White Supremacy and hate, and characterized Plaintiff's campaign rally as an assault on Boston, a message immediately understood as such by millions of people, including members of Plaintiff's own Indian-American community. Per binding precedent in this Circuit and Commonwealth, Walsh must lose.

## WALSH CANNOT AVAIL OF ABSOLUTE PRIVILEGE FOR HIS SPEECH

In his motion to dismiss the original complaint, Walsh invited this court to become the first in the nation to declare, firstly, that he is a "high-ranking government official" on par with the President of the United States, Secretaries in the Federal Cabinet, the Chief Justice of the Supreme Court, and Federal judges, and secondly, that this court must become the first in the nation to declare that all of Walsh's speech enjoys absolute privilege.

The next Huey Long has indeed arrived!

If this court grants Walsh's request, the damage to the United States shall be incalculable. Even the tenuous availability of a private defamation action shall be lost. We all would suffer.

At all times relevant to this complaint, Walsh was not a Federal or State official, be it high-ranking or low-ranking. He was just the mayor of a small city with a population under one

million, where, per the Federal Reserve of Boston, White families have net assets of $247,500 and Black families have net assets of Eight Dollars ($8). https://www.bostonfed.org/-/media/Documents/color-of-wealth/color-of-wealth.pdf

That statistic has not changed under Walsh.

On February 5, 2021, WGBH reported on a study that the City of Boston had not made public, which documents that minority-owned businesses have received only one percent of contracts, in a City where minorities constitute 24% of the population. https://www.wgbh.org/news/local-news/2021/02/05/black-owned-businesses-have-been-largely-shut-out-of-boston-contracts-city-study-shows On February 6, 2021, the Globe also reported this. Throughout the entire time that Walsh was the mayor of Boston, this appalling statistic had not changed.

In 2017 Walsh received a total of 70,197 votes to become Mayor. *Total*. City councilors in Mumbai and Delhi receive triple that number of votes in just a single precinct. In 2017 Bill de Blasio received a total of 726,361 votes to become the Mayor of New York City. That's *ten times as many* votes as Walsh.

Walsh's argument to this court that his speech deserves absolute privilege as he is a "high-ranking government official" tells us all about him and nothing about the law. Walsh also has avoided a discussion of the **Hatch Act** in his arguments to this court.


WALSH CANNOT AVAIL OF CONDITIONAL PRIVILEGE FOR HIS SPEECH

As detailed above, none of Walsh's public statements was made in the course of his official duties. His only statements while performing his official duties were to permit the Plaintiff's rally and make arrangements with the campaign to hold its rally at the Parkman Bandstand with the cooperation of Boston Police.

Walsh made numerous false statements in public, as detailed above, that were solely on behalf of his election campaign, meaning they may be attributed solely to Walsh the candidate rather than Walsh performing his official duties, even though he fully intended their impact to be the result of his official status as Mayor.

The Shiva 4 Senate campaign rally was not a matter of national media attention and public concern until Walsh deliberately made it so, through his various false statements in public, aimed at employing demagoguery in order to defeat Tito and win reelection as Mayor and then aim for federal office, just like Huey Long.

Consider, when the President flies to a campaign rally on Air Force One, and works as President in-flight, the entire flight is still paid for by the campaign.

National case law does not support Walsh's argument that statements made *as a candidate* qualify as statements made during the performance of official duties.

## PLAINTIFF IS NOT IN PRIVITY WITH ANYONE ELSE

The letter sent to Defendant Walsh well-prior to litigation explicitly informed Walsh about the lack of privity, and specifically in the case of Brandon Navom. EXHIBIT . Navom was never a scheduled speaker at Shiva 4 Senate's Free Speech rally at the Parkman Bandstand and in fact protested the rally itself in association with Antifa, as he noted on social media:



One would be hard-pressed to find two persons who are less in privity with each other than the Plaintiff and Navom. Walsh knew that Navom marched with the protesters that day against Plaintiff's campaign rally and yet claimed to this court in his motion to dismiss the

original complaint that the Plaintiff is in privity with Navom and that this case must be dismissed based on one case involving one group of investors in swamp land. It is unacceptable that Walsh knowingly made this false argument in his motion to dismiss.

This lack of privity applies equally to anyone else who was not part of the Shiva 4 Senate campaign rally and was not a scheduled speaker at the Bandstand.

<u>RES JUDICATA DOES NOT APPLY TO BAR THIS COMPLAINT</u>

Barry-Smith was a close associate of Walsh before he was appointed a judge. Walsh and Barry-Smith together worked on and publicly advocated for 72-hour involuntary confinement of persons with opioid use disorder, knowing that this violated the founding principles of the United States. On November 16, 2015, both testified in favor of involuntary confinement without an individual court order or ***even an iota of due process***. <u>https://www.cityofboston.gov/news/Default.aspx%3Fid%3D20430</u> Yes, this same man was confirmed by the Governors Council to become a judge.



Barry-Smith, Baker, Walsh

Per se it is not a big surprise that Barry-Smith ruled in the *Navom* case that Walsh's speech was conditionally privileged. An ethical judge with even a modicum of respect for the

rule of law would have recused himself instead. Predictably, Walsh does not mention any of this in his motion to dismiss the original complaint when he attempts to use an unpublished Rule 1:28 summary affirmance of his former associate's state trial court decision in his favor to get a Federal court to dismiss on the basis of *res judicata* the original complaint, filed by a totally different litigant with totally different claims. A summary decision pursuant to rule 1:28 is not binding precedent even in state court. *Chace v. Curran*, 71 Mass. App. Ct. 258 (2008) And Massachusetts flat out refuses to use unpublished decisions to throw unrelated litigants out of state court. "However, as we said in Lyons, unpublished decisions involving other parties are not to be relied upon." *Horner v. Boston Edison*, 45 Mass. App. Ct. 139 (1998)

The atrociousness of Walsh's attempt to use a summary affirmance in state court to throw an unrelated litigant out of Federal court is documented by his inability to cite one single authority in the Federal court system to support his position.

Walsh then cited a most inapposite case, *Gonzalez v. Banco Cent. Corp.*, 27 F.3d 751, 757 (1st Cir. 1994), to claim that the litigants in *Gonzalez* were not related to each other, when the reality is that they all were *one* common group of investors who had lost money on the *same* patch of swamp land to the *same* developer, and had the *same* curiously "ineffective" counsel.

As detailed above, Plaintiff has no privity with anyone else on Boston Common that day because he is Dr. Shiva, *the* candidate who ran the Shiva 4 Senate campaign and organized the rally in question. It was his show from first to last. And Walsh's attempt to use the doctrine of *res judicata* must fail as a matter of law. The Supreme Court ruled 80 years ago already that *his approach violates due process. Hansberry v. Lee*, 311 US 32 (1940) No surprise there.

This court has an "unflagging obligation" to hear this Plaintiff on the merits of his Federal claims.

"There are fundamental objections to any conclusion that a litigant who has properly invoked the jurisdiction of a Federal District Court to consider federal constitutional claims can be compelled, without his consent and through no fault of his own, to accept instead a state court's determination of those claims.[...]"When a Federal court is properly appealed to in a case over which it has by law jurisdiction, it is its duty to take such jurisdiction. . . . The right of a party plaintiff to choose a Federal court where there is a choice cannot be properly denied. ""

*England v. Medical Examiners*, 375 U.S. 411 (1964), *Sprint Communications, Inc. v. Jacobs*, 571 U.S. ___ (2013) (**unanimous**), *New Orleans Public Service, Inc. v. Council of City of New Orleans*, 491 US 350 (1989)

# CLAIMS FOR RELIEF

## COUNT I

### Violation of the right to peaceably assemble

Plaintiff Dr. Shiva re-alleges and incorporates herein by reference each and every foregoing paragraph of this Complaint as if set forth in full. "[P]eaceable assembly for lawful discussion cannot be made a crime. The holding of meetings for peaceable political action cannot be proscribed." *Delonge v. Oregon*, 299 U.S. 353 (1937)

Walsh and Evans fully knew that Plaintiff would and did peaceably assemble to deliver a message of peace, love, and good health, as part of his Shiva 4 Senate campaign. As detailed above, all the shenanigans that Walsh and Evans engineered intentionally interfered with the Plaintiff's right to hold a rally at the Parkman Bandstand for the permitted two (2) hours. Walsh and Evans violated Plaintiff's First Amendment right under the color of law and by abusing their official position. *Gomez v. Toledo*, 446 U.S. 635 (1980), *Hafer v. Melo*, 502 U.S. 21 (1991)

Pursuant to 42 U.S.C. §§ 1983 & 1988, the Plaintiff is entitled to judgment as the Defendants violated, under the color of law, his Unalienable Right, under the First Amendment to the US Constitution and Article 12 of the Massachusetts Declaration of Rights, to peaceably assemble, and exposed him to numerous harms that they knew he did not deserve.

Walsh was the ultimate decision-making authority at the City of Boston. The City is fully liable for his conscious, willful misconduct. *Pembaur v. Cincinatti*, 475 U.S. 469 (1986), *Miga v. Holyoke*, 398 Mass. 343 (1986)(blatantly disregarding warnings and failing to follow rules constituted deliberate indifference and a deprivation of constitutional rights)

Plaintiff demands damages of $10 million for this count, plus punitive damages as found by a jury, as well as pre- and post-judgment interest, costs and attorney fees.

## COUNT II
### Violation of the right to free speech

Plaintiff Dr. Shiva re-alleges and incorporates herein by reference each and every foregoing paragraph of this Complaint as if set forth in full.

As detailed above, Walsh and Evans totally silenced Plaintiff's speech both during the Shiva 4 Senate campaign rally and afterwards, in order to engage in demagoguery in pursuit of Walsh's election victory against African-American opponent Tito Jackson. This silencing, self-righteously and publicly declared by Walsh and Evans to be ***completely content-based***, massively violated Plaintiff's First Amendment right to free speech. *Ashcroft v. Free Speech Coal.*, 535 U.S. 234 (2002) By defaming this dark brown immigrant of Indian descent as a neo-Nazi hater and supporter of White Supremacy, Walsh and Evans intentionally ensured that no media outlet would come anywhere near him to report his side of the story, and themselves openly celebrated the ***anti-American*** silencing of Plaintiff's speech. The Supreme Court has repeatedly ruled that the only ***American*** response to 'bad' speech is more speech. *Snyder v. Phelps*, 562 U.S. 443 (2011), *McCullen v. Coakley*, 573 U.S. __ (2014), *Thornhill v. Alabama*, 310 U.S. 88 (1940) That day in August 2017, this Plaintiff did everything by the book.

Walsh and Evans violated Plaintiff's First Amendment right under the color of law and by abusing their official position. *Gomez v. Toledo*, 446 U.S. 635 (1980), *Hafer v. Melo*, 502 U.S. 21 (1991)

Pursuant to 42 U.S.C., §§ 1983 & 1988, the Plaintiff is entitled to judgment as the content-based silencing of this Plaintiff by these Defendants violated his Unalienable Right, under the First Amendment to the US Constitution and Article 12 of the Massachusetts Declaration of Rights, to freely express himself in words, and exposed him to numerous harms that they knew he did not deserve.

Walsh was the ultimate decision-making authority at the City of Boston. The City is fully liable for his conscious, willful misconduct. *Pembaur v. Cincinatti*, 475 U.S. 469 (1986), *Miga v. Holyoke*, 398 Mass. 343 (1986)(blatantly disregarding warnings and failing to follow rules constituted deliberate indifference and a deprivation of constitutional rights)

Plaintiff demands damages of $10 million for this count, plus punitive damages as found by a jury, as well as pre- and post-judgment interest, costs and attorney fees.

COUNT III

Defamation (slander)

Plaintiff Dr. Shiva re-alleges and incorporates herein by reference each and every foregoing paragraph of this Complaint as if set forth in full.

In this district a "defamation plaintiff must plead: (1) the general tenor of the libel or slander claim, along with the precise wording of at least one sentence of the alleged defamatory statement(s); (2) the means and approximate dates of publication; and (3) the falsity of those statements." *Dorn v. Astra USA*, 975 F.Supp. 388, 396 (D. Mass. 1997).

This complaint exceeds this standard as all the defamation claims are pled with particularity and a great amount of detail in the background section above. Plaintiff makes explicit that Walsh and Evans acted with actual malice to intentionally defame him. Lying in public, with the full knowledge that he is propagating a lie, constitutes slander with actual malice. *Conner v. Standard Publ'g Co.*, 183 Mass. 474 (1903), *Noonan v. Staples, Inc.*, 556 F. 3d 20 (1st Circuit 2009)

> Here in Massachusetts, a plaintiff must show that:
>
> "(a) The defendant made a statement, concerning the plaintiff, to a third party,
> (b) The statement could damage the plaintiff's reputation in the community,
> (c) The defendant was at fault in making the statement; and
> (d) The statement either caused the plaintiff economic loss (traditionally referred to as "special damages" or "special harm"), or is actionable without proof of economic loss. Four types of statements are actionable without proof of economic loss: statements that constitute libel; statements that charge the plaintiff with a crime; statements that allege that the plaintiff has certain diseases; and statements that may prejudice the plaintiff's profession or business."
>
> *Ravnikar v. Bogojavlensky*, 438 Mass. 627 (2003), cited in *Sindi v. El-Moslimany*, 896 F.

3d 1 (2018)

In the case of defamatory statements <u>against a scientist and businessman,</u> a "statement falls within this exception to the economic harm requirement if it alleges that the plaintiff lacks a necessary characteristic of the profession." ""A false statement that 'would tend to hold the plaintiff up to scorn, hatred, ridicule or contempt, in the minds of any considerable and respectable segment in the community,' [is] considered defamatory." *Phelan v. May Dep't Stores Co.*, 819 N.E.2d 550, 553 (Mass. 2004) (quoting *Stone v. Essex Cty. Newspapers, Inc.*, 330 N.E. 2d 161, 165 (Mass. 1975))" *Sindi*, supra

Being called a neo-Nazi White Supremacist Hater by Mayor Walsh eminently qualifies.

Plaintiff was a candidate for federal office and thus has pled this complaint to exceed the actual malice standard set by *New York Times v. Sullivan*, 376 U.S. 254 (1964) and *Gertz v. Robert Welch, Inc.*, 418 U.S. 323 (1974). The 1st Circuit has ruled that "since "direct evidence of actual malice is rare," we have permitted actual malice to be proved through inference and circumstantial evidence alone. *Levesque v. Doocy*, 560 F.3d 82, 90 (1st Cir. 2009)" *Sindi*, supra

This complaint presents "clear and convincing evidence that the defendant made the challenged statement with a "high degree of awareness of [its] probable falsity," *Vascular Sols., Inc. v. Marine Polymer Techs., Inc.*, 590 F.3d 56, 60 (1st Cir. 2009) (per curiam) (quoting *Garrison v. Louisiana*, 379 U.S. 64, 74 (1964))" and already documents Walsh's "reckless disregard for the truth" which was way "more than a departure from reasonably prudent conduct." *Harte-Hanks Commc'ns, Inc. v. Connaughton*, 491 U.S. 657, 688 (1989)

Walsh was the ultimate decision-making authority at the City of Boston. The City is fully liable for his conscious, willful misconduct. *Pembaur v. Cincinatti*, 475 U.S. 469 (1986), *Miga v. Holyoke*, 398 Mass. 343 (1986)(blatantly disregarding warnings and failing to follow rules constituted deliberate indifference and a deprivation of constitutional rights)

Plaintiff demands damages of $10 million for this count, plus punitive damages as found by a jury, as well as pre- and post-judgment interest, costs and attorney fees.

## COUNT IV
### Intentional Infliction of Emotional Distress

Plaintiff Dr. Shiva re-alleges and incorporates herein by reference each and every foregoing paragraph of this Complaint as if set forth in full.

In Massachusetts, claims must meet the *Tetrault* standard.

"To prevail on a claim of intentional infliction of emotional distress, a plaintiff "must establish '(1) that the defendant intended to inflict emotional distress, or knew or should have known that emotional distress was the likely result of his conduct, . . . (2) that the defendant's conduct was extreme and outrageous, beyond all possible bounds of decency, and utterly intolerable in a civilized community, (3) [that] the actions of the defendant were the cause of the plaintiff's distress, and (4) [that] the emotional distress suffered by the plaintiff was severe and of such a nature that no reasonable person could be expected to endure it.' " Quinn v. Walsh, 49 Mass. App. Ct. at 706, quoting from Tetrault v. Mahoney, Hawkes & Goldings, 425 Mass. 456 , 466 (1997)."
*Conley v. Romeri*, 60 Mass. App. Ct. 799 (2004)

"But neither a factfinder nor an appellate court is obliged to balkanize the defendant's course of conduct, isolating its component parts and, in the bargain, minimizing their net effect. See *Boyle v. Wenk*, 392 N.E.2d 1053, 1055 (Mass. 1979)...Nor can a defendant demand the benefit of every conceivable doubt. Rather, a jury is "entitled to put as harsh a face on the actions of the [defendant] as the basic facts would reasonably allow." *Richey v. Am. Auto. Ass'n, Inc.*, 406 N.E.2d 675, 678 (Mass. 1980)" *Sindi v. El-Moslimany*, 896 F.3d 1 (2018)

The complaint details with particularity that Walsh and Evans consciously engaged in conduct that "amounted to far more than mere insults, indignities, and petty oppression." They launched and managed a massive public campaign to defame this Plaintiff's campaign rally based on their official positions and knowledge of official facts, *Goldwater v. Ginzburg*, 414 F. 2d 324 (2nd Cir. 1969), ***and drove 40,000 emotional people to publicly vilify the Plaintiff in person***. By any standard, that is extraordinary. The impact on the Plaintiff was beyond severe, it was devastating. After fighting against racism for decades, at personal risk and sacrifice, as documented above, he had now been cruelly slandered by Walsh and Evans without legitimate cause as being the very person he had fought against with every cell in his being.

The public tarring by members of the scientific, business and Indian-American communities, who all actually believed everything Walsh and Evans said as senior public officials in Massachusetts, was extremely distressing and disorienting as well. To this day the

perception is strong within those communities that the Plaintiff is a neo-Nazi who hobnobs with

White Supremacists and must be shunned.

Walsh was the ultimate decision-making authority at the City of Boston. The City is fully

liable for his conscious, willful misconduct. *Pembaur v. Cincinatti*, 475 U.S. 469 (1986), *Miga v.

Holyoke*, 398 Mass. 343 (1986)(blatantly disregarding warnings and failing to follow rules

constituted deliberate indifference and a deprivation of constitutional rights)

Plaintiff demands damages of $10 million for this count, plus punitive damages as found

by a jury, as well as pre- and post-judgment interest, costs and attorney fees.

CONCLUSION

This complaint has been pled with particularity and must be held to more than meet the

Twombly standard. The claims must be presented to a jury. Plaintiff also seeks any other relief

that this court finds just and proper.

Respectfully submitted under the pains and penalties of perjury,

/s/ Dr. Shiva Ayyadurai

**Dr. Shiva Ayyadurai**
February 25 , 2021                     Plaintiff, *pro se*
701 Concord Ave,
Cambridge, MA 02138
Phone: 617-631-6874
Email: vashiva@vashiva.com

**CERTIFICATE OF SERVICE**

I certify that this document was sent electronically by email to opposing counsel Nieve
Anjioni Esq. at the City of Boston Law Department. The Suffolk Sheriff shall serve the
individual defendants at their abodes.

Respectfully submitted under the pains and penalties of perjury,

/s/ Dr. Shiva Ayyadurai

**Dr. Shiva Ayyadurai**

February 25, 2021                          Plaintiff, *pro se*
                                           701 Concord Ave,
                                           Cambridge, MA 02138