Re:     CASE NO. 1:20-CV-11531-ADB

Dear Judge Burroughs,

I would be grateful if you could authorize ECF access for me so I can file documents electronically going forward. I am familiar with ECF as I already file everything electronically in my other cases in this court.

Yours sincerely,

/s/ Dr. Shiva Ayyadurai

March 1, 2021

**Dr. Shiva Ayyadurai**
Plaintiff, *pro se*
701 Concord Ave,
Cambridge, MA 02138
Phone: 617-631-6874
Email: vashiva@vashiva.com