UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-cv-11531

DR. SHIVA AYYADURAI

                Plaintiffs

v.

MAYOR MARTIN WALSH, in his official capacity as the Mayor of the City of Boston,

&

BILL EVANS, in his former official capacity as the Commissioner of the Boston Police Department,

                Defendants.

**MOTION FOR LEAVE OF COURT TO SUPPLY NEW CASELAW IN SUPPORT OF MAYOR MARTIN J. WALSH'S AND COMMISSIONER WILLIAM EVANS' MOTION TO DISMISS**

Defendants, Martin J. Walsh ("Mayor Walsh") and William Evans ("Commissioner Evans"), respectfully request that the Court consider new caselaw in support of their Motion to Dismiss (ECF No. 9). On July 6, 2021, Judge Leo Sorokin dismissed a similar and related lawsuit. See Racioppi v. Baker, 1:20-CV-11357-LTS at ECF No. 24 (attached hereto as Ex. A). In Racioppi, the plaintiff, who was a speaker as the same "Boston Free Speech" rally as Dr. Ayyadurai, filed suit against Mayor Walsh, Commissioner Evans, and Governor Charlie Baker alleging violations of his constitutional rights (1st and 14th Amendments) and defamation based on comments made, and actions taken, by the public officials concerning the rally. In dismissing Racioppi's lawsuit, the Court determined that the facts alleged did not show deliberate

1

indifference or a causal link necessary to support the constitutional claims.  The Court also dismissed Racioppi's defamation claim.  In doing so, the Court held that "Walsh and Evans were speaking as public officials about a public event relating to public safety, and they did so in the wake of the nationally publicized Charlottesville rally [and] statements were therefore conditionally privileged."  Id. at *14.  The Court added that Racioppi's allegations were insufficient to establish actual malice or a reckless disregard for the truth nor were the alleged defamatory statements "of or concerning" the plaintiff.

  While the case is not binding, it is instructive and Mayor Walsh and Commissioner Evans respectfully request that the Court consider the decision.

              Respectfully submitted:

              **MARTIN J. WALSH AND WILLIAM EVANS**

              By their attorneys:

              HENRY C. LUTHIN
              Corporation Counsel

              */s/ Nieve Anjomi*
              Nicole M. O'Connor (BBO#675535)
              Nieve Anjomi (BBO#651212)
              Senior Assistants Corporation Counsel
              City of Boston Law Department
              City Hall, Room 615
              Boston, MA 02201
              (617) 635-4039 (O'Connor)
              (617) 635-4042 (Anjomi)
              Nicole.OConnor@boston.gov
              Nieve.Anjomi@boston.gov

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to L.R. 7.1(A)(2), I hereby certify that that I conferred with the Plaintiff, Dr. Shiva Ayyadurai, by email in a good faith effort to narrow the issues but were unable to resolve the issues in this motion.

Dated:   July 8, 2021                                 */s/ Nieve Anjomi*
                                                      Nieve Anjomi

## CERTIFICATE OF SERVICE

I, Nieve Anjomi, hereby certify that I served a true copy of the above document upon all counsel of record via this court's electronic filing system and upon any non-registered participants via email.

Dated:   July 8, 2021                                 */s/ Nieve Anjomi*
                                                      Nieve Anjomi