**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Shiva Ayyadurai**

       Plaintiff

  V.

                                 CIVIL ACTION

                                 NO. 20-11531-ADB

**Martin J. Walsh et al**

       Defendant

## ORDER OF DISMISSAL

Burroughs, D. J.

    In accordance with the Court's Memorandum and Order dated August 3, 2021, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                               By the Court,

8/3/2021                                   /s/ Christina McDonagh
    Date                                       Deputy Clerk